# EXHIBIT "3-1"

CIVIL CITATION – CITCVWD

## THE STATE OF TEXAS

**To:**   Mesa Underwriters Specialty Insurance Company
RA: Corporation Service Company
2338 W. Royal Palm Road, Suite J
Phoenix AZ 85021

Defendant, **NOTICE:**
**YOU HAVE BEEN SUED.** You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 A. M. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you.

Said **ANSWER** may be filed with the District Clerk's Office, Orange County Courthouse, 801 W Division Ave, Orange Texas 77630.

Said        **PLAINTIFF'S ORIGINAL PETITION AND JURY DEMAND**

was filed and docketed in the Honorable 128th District Court of Orange County, Texas at the District Clerk's Office at the Orange County Courthouse, 801 W Division Ave, Orange, Texas on August 22, 2019 in the following styled and numbered cause:

**Cause No: A190325-C**

**Bar-B-Que Depot, Inc. VS. Mesa Underwriters Specialty Insurance Company, et al**

The name and address of the attorney for plaintiff otherwise the address of Plaintiff is:
**John P Parsons
710 North 11th St
BEAUMONT TX  77702**
**ISSUED AND GIVEN** under my hand and seal of said Court at Orange, Texas, this August 23, 2019.



**VICKIE EDGERLY, District Clerk**
Orange County, Texas

*Vickie Edgerly*

---

## RETURN

Came to hand on the _____ day of _____, 20____, at _____ o'clock_____, M., and executed in _____County, Texas, at _____ o'clock _____.M., on the _____ day of _____, 20____, by delivering, in accordance with the requirements of law, to the within named _____In person, a true copy of this citation together with the accompanying copy of the petition, having first endorsed thereon the date of delivery.

And not executed as to the defendant _____
the diligence used to execute being _____
the cause of failure to execute is _____
the defendant may be found _____

TOTAL FEES: _____        BY:_____

**FILED: 8/22/2019 4:49 PM**
**Vickie Edgerly, District Clerk**
**Orange County, Texas**
**Reviewed By: Justin Rhodes**

NO. A190325-C

| | | |
|---|---|---|
| BAR-B-QUE DEPOT, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | |
| MESA UNDERWRITERS SPECIALTY | § | |
| INSURANCE COMPANY, RISK | § | ORANGE COUNTY, TEXAS |
| PLACEMENT SERVICES, INC., | § | |
| TRI-STAR CLAIMS, LLC, TEAM ONE | § | |
| ADJUSTING SERVICES, LLC, | § | |
| TREY ROBERTS, NATIONAL LOSS | § | |
| CONSULTANTS, JOHN KRUEGER | § | |
| and KENNETH YASH | § | __128th__  JUDICIAL DISTRICT |

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, **BAR-B-QUE DEPOT, INC.**, Plaintiff in the above-entitled and numbered cause and files this Plaintiff's Original Petition, complaining of **MESA UNDERWRITERS SPECIALTY INSURANCE COMPANY, RISK PLACEMENT SERVICES, INC., TRI-STAR CLAIMS, LLC, TEAM ONE ADJUSTING SERVICES, LLC, TREY ROBERTS, NATIONAL LOSS CONSULTANTS, JOHN KRUEGER and KENNETH YASH**, Defendants, and for cause of action would respectfully show unto the Court the following:

### Parties

1.     Plaintiff, Bar-B-Que Depot, Inc., is a domestic corporation appearing before this Court through his attorney of record.

2.     Defendant, Mesa Underwriters Specialty Insurance Company, is an insurance company operating in the State of Texas and may be served with process by serving its registered agent for service, Corporation Service Company, 2338 W. Royal Palm Road, Suite J, Phoenix, Arizona 85021.

1

3.     Defendant, Risk Placement Services, Inc., is a corporation operating in the State of Texas and may be served with process by serving its registered agent for service, Corporation Service Company d/b/a CSC - Lawyers Incorporating Service Company, 211 E. 7th Street, Suite 620, Austin, Texas 78701-3218.

4.     Defendant, TriStar Claims, LLC, is a limited liability company doing business in the State of Texas and may be served with process by serving its registered agent for service, Richard A. Simmons, 15150 Middlebrook Drive, Houston, Texas 77058.

5.     Defendant, Team One Adjusting Services, LLC, is a limited liability company doing business in the State of Texas and may be served with process by serving its registered agent for service, Dick Rogers, 8701 John W. Carpenter Frwy., Suite 140, Dallas, Texas 75247.

6.     Defendant, Trey Roberts, is an individual employed by Team One Adjusting Services, LLC, and may be served with process by serving his employer's registered agent for service, Dick Rogers, 8701 John W. Carpenter Frwy., Suite 140, Dallas, Texas 75247.

7.     Defendant, National Loss Consultants, is a business entity doing business in the State of Texas and may be served with process by serving any officer or employee of the company authorized to accept service at their offices located at 7829 Carrie Lane, Pearland, Texas 77584.

8.     Defendant, John Krueger, is an employee of Tri-Star Claims, LLC and/or National Loss Consultants, and may be served with process at the offices of National Loss Consultants, 7829 Carrie Lane, Pearland, Texas 77584.

9.     Defendant, Kenneth Yash, is an individual employed by Mesa Underwriters Specialty Insurance Group, and may be served with process by serving his employer's registered agent for service, Corporation Service Company, 2338 W. Royal Palm Road, Suite J, Phoenix, Arizona 85021.

2

**Discovery Plan**

10.     This matter is governed by Discovery Plan Level 2.

**Jurisdiction and Venue**

11.     The subject matter in controversy is within the jurisdictional limits of this court.

12.     Plaintiff seeks:

> A.  monetary relief in an amount between $200,000.00 and $1,000,000.00;
>
> B.  a demand for judgment in that amount.

13.     Venue is proper in Orange County, because all of the Defendants' acts and omissions occurred in Orange County, Texas, according to Texas Civil Practice and Remedies Code Section 15.002(a)(1). All matters at issue arise in Orange County, Texas. The jurisdictional amounts are within the jurisdictional limits of this Court.

**Facts**

14.     On or about August 29, 2017, Plaintiff sustained substantial damage to its business property, Bar-B-Que Depot, Inc., located at 110 Old Highway 90 East, Vidor, Orange County, Texas, as a result of **wind and hurricane/storm damage from Hurricane Harvey.**

15.     Plaintiff reported this loss to its insurance company, Mesa Underwriters Specialty Insurance Company (hereinafter referred to as "Mesa Insurance"), who set up Claim No. 126163-01. Mesa Insurance conducted an initial, outcome-oriented, inspection through adjusting companies and adjusters, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash. Defendants then issued a partial (under) payment of the claim while denying other "covered losses/damage."

16.     Plaintiff's property was covered by a policy of insurance issued by the Defendant, Mesa Insurance under Policy No. MP0042024002299 for coverage to the buildings and loss of business

3

income.  Plaintiff provided notice of loss under the insurance policy at issue; **namely, wind, storm/hurricane damage to the structures, contents and loss of business income**. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, set up the claim and inspected Plaintiff's property and adjusted Plaintiff's wind/hurricane loss/claim (Claim No. 126163-01).  Despite receiving proper notice and Plaintiff's compliance with the requirements of the policy of insurance, Defendants did not conduct reasonable investigations and/or inspections of the premises and failed to make reasonable attempts to pay full benefits due and owing under the policy of insurance and claims at issue.

17.     Defendants knowingly and intentionally minimized Plaintiff's claims, in part, and failed to fully compensate Plaintiff for the wind-related (storm related) losses when the insurance carrier's liability was reasonably clear. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kennneth Yash, failed to report the entire wind/storm loss thereby minimizing payment to Plaintiff on the claim.  Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, failed to fully calculate the nature, extent, and amount of the wind/storm loss, again in an effort to minimize the payment to Plaintiff.

18.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, misrepresented both the nature and extent of the damages caused by the wind/storm and grossly underpaid Plaintiff based on the value of the property; all leading to a substantial underpayment of policy benefits to Plaintiff...........**by and through the specific acts/omissions**

4

committed by, Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts,

National Loss Consultants, John Krueger and Kenneth Yash:

    a.    Not addressing all of the structural damage (including all wind/storm damage to the buildings);

    b.    Not addressing all of the structural damage (including interior damage to the buildings);

    c.    Not allowing for overhead and profit on Defendants' estimate;

    d.    Not paying for contents and business income losses;

    e.    Not authoring a reasonable estimate based on the extent of the wind/storm damage;

    f.    Failing to timely issue proper/full payment;

    g.    Failing to pay recoverable depreciation (RCV);

    h.    Authoring fraudulent and inconsistent reports that established the damages to be far less than what the damages actually were;

    i.    Drafting, authoring, and creating letters for the improper payment amount;

    j.    Mailing letters with the improper payment amount;

    k    Failing to pay mandatory statutory interest on all under-payments once the Ins. Code Demand letter was mailed.

19.    The above referenced facts document a clear breach of the terms of the contract (to pay for wind/storm related damage), as well as a clear breach of Defendants' duty of good faith and fair dealing.

20.    As detailed in the above paragraphs, Mesa Insurance wrongfully adjusted Plaintiff's claims for structural repairs to the property. Furthermore, Mesa Insurance underpaid Plaintiff's claims by not providing full coverage for the damage sustained by the Plaintiff as well as under 'scoping' the damages during its investigation. Additionally, Mesa Insurance continues to delay in the full

payment of damages to the structural damages and statutory interest...............Plaintiff sent its 60-day Insurance Notice to Defendants on November 15, 2018. **See Exhibit A.** Furthermore, Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, failed to comply with the Texas Insurance Code by not paying statutory interest on its initial underpayment.

21.     Defendant Mesa Insurance failed to perform its contractual duties to adequately compensate Plaintiff under the terms of the Policy. Specifically, it refused to pay the full proceeds of the Policy, although due demand was made for proceeds to be paid in an amount sufficient to cover the damaged property and all conditions precedent to recovery upon the Policy had been carried out and accomplished by Plaintiff. Mesa Insurance 's conduct constitutes a breach of the insurance contract between Mesa Insurance and Plaintiff.

22.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, misrepresented to Plaintiff that the damage to the Property was not covered under the Policy, even though the damage was caused by a covered occurrence----wind/storm/hurricane. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices.  Tex. Ins. Code §541.060(a)(1).

23.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, failed to make an attempt to settle Plaintiff's claim in a fair manner, although they were aware of their liability to Plaintiff under the Policy.   Defendants, Mesa Insurance, Risk Placement

6

Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(2)(A).

24.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, failed to explain to Plaintiff the reasons for their offer of an inadequate settlement. Specifically, Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, failed to offer Plaintiff adequate compensation, without any explanation why full payment was not being made. Furthermore, Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, did not communicate that any future settlements or payments would be forthcoming to pay for the entire losses covered under the Policy, nor did they provide any explanation for the failure to adequately settle Plaintiff's claim. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct is a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(3).

25.     Defendants, Mesa Insurance and Kenneth Yash, failed to affirm or deny coverage of Plaintiff's claim within a reasonable time. Specifically, Plaintiff did not receive timely indication of acceptance or rejection, regarding the full and entire claim, in writing from Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services,

7

LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(4).

26.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, refused to fully compensate Plaintiff, under the terms of the Policy, by failing to conduct a reasonable investigation. Specifically, Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, performed an outcome-oriented investigation of Plaintiff's claim, which resulted in a biased, unfair and inequitable evaluation of Plaintiff's losses on the Property. Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct constitutes a violation of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a)(7).

27.     Defendant, Mesa Insurance, failed to meet its obligations under the Texas Insurance Code regarding timely acknowledging Plaintiff's full claim, beginning an investigation of Plaintiff's claim and requesting all information reasonably necessary to investigate Plaintiff's claim within the statutorily mandated time of receiving notice of Plaintiff's claim. Mesa Insurance's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code §542.055.

28.     Defendant, Mesa Insurance, failed to accept or deny Plaintiff's full and entire claim within statutorily mandated time of receiving all necessary information. Mesa Insurance's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code

8

§542.056.

29.     Defendant, Mesa Insurance, failed to meet its obligations under the Texas Insurance Code regarding full payment of claim without delay.  Specifically, it has delayed full payment of Plaintiff's claim longer than allowed and, to date, Plaintiff has not yet received full payment for its claim.  Mesa Insurance's conduct constitutes a violation of the Texas Insurance Code, Prompt Payment of Claims. Tex. Ins. Code §542.058.

30.     From and after the time Plaintiff's claim was presented to Defendant, Mesa Insurance, the liability of Mesa Insurance to pay the full claim in accordance with the terms of the Policy was reasonably clear.  However, Mesa Insurance has refused to pay Plaintiff in full, despite there being no basis whatsoever on which a reasonable insurance company would have relied on to deny the full payment. Mesa Insurance's conduct constitutes a breach of the common law duty of good faith and fair dealing.

31.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, knowingly or recklessly made false representations, as described above, as to material facts and/or knowingly concealed all or part of material information from Plaintiff.

32.     As a result of Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's wrongful acts and omissions, Plaintiff was forced to retain the professional services of the attorney and law firm who is representing them with respect to these causes of action. Plaintiff, through its attorney, notified Defendants of its claims. **See Exhibit A.**

9

## Causes of Action:

## Causes of Action Against Defendant, Mesa Insurance, Only

33.     Defendant, Mesa Insurance, is liable to Plaintiff for intentional breach of contract, as well as intentional violations of the Texas Insurance Code and intentional breach of good faith and fair dealing.

## Anticipatory Breach

34.     Defendant, Mesa Insurance, committed an anticipatory breach of the insurance contract thus relieving Plaintiff of any corresponding obligation on the contract.  Defendant's denial of liability without justification was unreasonable and unjust.

## Breach of Contract

35.     Defendant, Mesa Insurance's conduct constitutes a breach of the insurance contract made between Mesa Insurance and Plaintiff.

36.     Defendant, Mesa Insurance's failure and refusal, as described above, to pay the adequate compensation as it is obligated to do under the terms of the Policy in question and under the laws of the State of Texas, constitutes a breach of Mesa Insurance's insurance contract with Plaintiff.

## Noncompliance with Texas Insurance Code
## Unfair Settlement Practices

37.     Defendant, Mesa Insurance's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a). All violations under this article are made actionable by Tex. Ins. Code §541.151.

38.     Defendant, Mesa Insurance's unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex.

Ins. Code §541.060(a)(1).

39.    Defendant, Mesa Insurance's unfair settlement practice, as described above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Mesa Insurance's liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(2)(A).

40.    Defendant, Mesa Insurance's unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for their offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(3).

41.    Defendant, Mesa Insurance's unfair settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiff or to submit a reservation of rights to Plaintiff, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance.  Tex. Ins. Code §541.060(a)(4).

42.    Defendant, Mesa Insurance's unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(7).

### Noncompliance with Texas Insurance Code
### The Prompt Payment of Claims

43.    Defendant, Mesa Insurance's conduct constitutes multiple violations of the Texas Insurance Code, Prompt Payment of Claims.  All violations made under this article are made actionable by

11

Tex. Ins. Code §542.060.

44.     Defendant, Mesa Insurance's failure to acknowledge receipt of Plaintiff's full claim, commence investigation of the full claim, and request from Plaintiff all items, statements, and forms that they reasonably believed would be required within the applicable time constraints, as described above, constitutes a non-prompt payment of claims and a violation of the Tex. Ins. Code §542.055.

45.     Defendant, Mesa Insurance's failure to notify Plaintiff in writing of its acceptance or rejection of the claim within the applicable time constraints, constitutes a non-prompt payment of the claim. Tex. Ins. Code §542.056.

46.     Defendant, Mesa Insurance's delay of the payment of Plaintiff's full claim following its receipt of all items, statements, and forms reasonably requested and required, longer than the amount of time provided for, as described above, constitutes a non-prompt payment of the claim. Tex. Ins. Code §542.058.

## Breach of the Duty of Good Faith and Fair Dealing

47.     Defendant, Mesa Insurance's conduct constitutes a breach of the common law duty of good faith and fair dealing owed to insureds in insurance contracts.

48.     Defendant, Mesa Insurance's failure, as described above, to adequately and reasonably investigate and evaluate Plaintiff's claim, although, at that time, Mesa Insurance knew or should have known by the exercise of reasonable diligence that its liability was reasonably clear, constitutes a breach of good faith and fair dealing.

## Causes of Action Against Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, Only

### Noncompliance with Texas Insurance Code
### Unfair Settlement Practices

12

49.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's conduct constitutes multiple violations of the Texas Insurance Code, Unfair Settlement Practices. Tex. Ins. Code §541.060(a) All violations under this article are made actionable by Tex. Ins. Code §541.151.

50.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's unfair settlement practice, as described above, of misrepresenting to Plaintiff material facts relating to the coverage at issue, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code. §541.060(a)(1).

51.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's settlement practice, as describe above, of failing to attempt in good faith to effectuate a prompt, fair, and equitable settlement of the claim, even though Defendants' liability under the Policy was reasonably clear, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(2)(A).

52.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's unfair settlement practice, as described above, of failing to promptly provide Plaintiff with a reasonable explanation of the basis in the Policy, in relation to the facts or applicable law, for their offer of a compromise settlement of the claim, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(3).

53.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's unfair

13

settlement practice, as described above, of failing within a reasonable time to affirm or deny coverage of the claim to Plaintiff or to submit a reservation of rights to Plaintiff, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060 (a)(4).

54.     Defendants, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash's unfair settlement practice, as described above, of refusing to pay Plaintiff's claim without conducting a reasonable investigation, constitutes an unfair method of competition and an unfair and deceptive act or practice in the business of insurance. Tex. Ins. Code §541.060(a)(7),

**Fraud Against Defendants, Mesa Insurance, Risk Placement Services, Inc.,
Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts,
National Loss Consultants, John Krueger and Kenneth Yash**

55.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, are liable to Plaintiff for common law fraud.

56.     Each and every one of the representations, as described above, concerned material facts for the reason Plaintiff would not have acted and which Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth Yash, knew were false or made recklessly without any knowledge of their truth as a positive assertion. Each Defendant was engaged in the "business of insurance" at the time these fraudulent representations were made during the adjustment of Plaintiff's claim.

57.     The statements were made with the intention that they should be acted upon by Plaintiff, who in turn acted in reliance upon the statements, there causing Plaintiff to suffer injury and constituting

14

common law fraud.

### Conspiracy to Commit Fraud Against Defendants,
### Mesa Insurance, Risk Placement Services, Inc.,
### Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts,
### National Loss Consultants, John Krueger and Kenneth Yash

58.     Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC, Team

One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and Kenneth

Yash, are liable to Plaintiff for conspiracy to commit fraud. Defendants, Mesa Insurance, Risk

Placement Services, Inc., Tri-Star Claims, LLC, Team One Adjusting Services, LLC, Trey Roberts,

National Loss Consultants, John Krueger and Kenneth Yash, were members of a combination of two

or more persons whose object was to accomplish an unlawful purpose or a lawful purpose by

unlawful means. In reaching a meeting of the minds regarding the course of action to be taken

against Plaintiff, Defendants, Mesa Insurance, Risk Placement Services, Inc., Tri-Star Claims, LLC,

Team One Adjusting Services, LLC, Trey Roberts, National Loss Consultants, John Krueger and

Kenneth Yash, committed an unlawful, overt act to further the object or course of action. Plaintiff

suffered injury as a proximate result of Defendants' acts/omissions. At all times, Defendants knew

that their liability was reasonably clear, and still failed to properly handle the claim which

constitutes a breach of the duty of good faith and fair dealing.

### Knowledge/Intent

59.     Each of the acts described above, together and singularly, was done "knowingly" and

"intentionally" as the terms are used in the Texas Insurance Code and were a producing cause of

Plaintiff's damages described herein.

### Damages

60.     Plaintiff will show that all of the above referenced acts were the producing cause(s) of

15

Plaintiff's damages. The damages caused by the wind/storm/hurricane have left Plaintiff's property severely damaged. These damages have not been properly addressed by Defendants and have not been repaired due to the non-payment causing further damage to the Property, which has led to undue hardship and burden on Plaintiff, including loss of business income. These damages are a result of Defendants' mishandling of Plaintiff's claim in direct violation of the laws detailed above.

61.     For Plaintiff's breach of contract cause of action, Plaintiff is entitled to the benefits it should have received under the policy of insurance in place at the time of the wind loss. Plaintiff is asking for full benefits due and owing under the policy, along with its attorney's fees and expenses. Plaintiff is entitled to full policy benefits that are due and owing for its loss.

62.     For the violations of the Texas Insurance Code and Unfair Settlement Practices, Plaintiff is entitled to actual damages, which include the full benefits due and owing under the policy, attorney's fees and expenses and costs of court. Furthermore, because Defendants' acts were committed knowingly, Plaintiff is entitled to three times its actual damages.

63.     For violations of the Texas Insurance Code and Prompt Payment of Claims, Plaintiff is entitled to its damages, as detailed above and below, as well as eighteen percent statutory interest per year as damages, along with attorney's fees and expense.

64.     For breach of common law duty of good faith and fair dealing, Plaintiff is entitled to all damages, including those detailed above and below, as well as all forms of loss resulting from Defendants' breach of said duty, including but not limited to additional costs, losses due to nonpayment of the amount(s) owed under the policy, economic hardship, punitive damages, exemplary damages.

65.     For Defendants' fraudulent acts, Plaintiff is entitled to recover actual damages and exemplary damages for Defendants' knowingly making fraudulent representations, along with

16

attorney's fees, interest, and costs of court.

66.     The acts and omissions of these Defendants have made it necessary for Plaintiff to retain undersigned counsel, and Plaintiff agreed to pay undersigned counsel reasonable and necessary attorney's fees, expenses, and costs of suit. Plaintiff's counsel has a forty percent (40%) contingent fee. When calculated on an hourly rate basis, however, at customary hourly rate charges in this community, Plaintiff anticipates that attorney's fees and expenses incurred through a trial of this case will be approximately $250,000.00 to $350,000.00, in the discretion of the jury, and also that any necessary appellate attorney's fees and expenses will be approximately $15,000.00, or in an amount in the discretion of the jury. Plaintiff is entitled to recover its reasonable and necessary attorney's fees and expenses under applicable provisions of the Texas Insurance Code.

## PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff prays that Defendants be cited to appear and answer herein, that Plaintiff recover his actual damages, consequential damages, statutory damages and enhancements, punitive damages, attorney's fees, costs, expenses, interest, and for such other and further relief, at law or in equity, to which Plaintiff may show himself justly entitled.

17

Respectfully submitted,

**LINDSAY, LINDSAY & PARSONS**

John Pat Parsons
State Bar License No. 24065876
710 N. 11th Street
Beaumont, Texas 77702
409/833-1196
409/832-7040 (Fax)
jparsons@llptx.com

**ATTORNEY FOR PLAINTIFF,
BAR-B-QUE DEPOT, INC.**

18

# LINDSAY, LINDSAY & PARSONS
### ATTORNEYS AT LAW
710 NORTH 11TH STREET
BEAUMONT, TEXAS 77702
PHONE (409) 833-1196  FACSIMILE (409) 832-7040
www.lllptx.com
Tax ID: 26-4713632

**Barrett P. Lindsay**
bllindsay@lllptx.com
Partner

**John Pat Parsons**
jparsons@lllptx.com
Partner

**Michael J. Lindsay**
mlindsay@lllptx.com
Of Counsel

## TEXAS INSURANCE CODE NOTICE LETTER
## TEXAS INSURANCE CODE CH. 542A NOTICE LETTER

### November 15, 2018

Mesa Underwriters Specialty Insurance Co.
Attention: Ken Yash
100 Tournament Drive, Suite 200
Horsham, PA 19044
215-706-6300

*Via Fax:* **855-283-6873**
*Via:* ***ClaimDepartment@music-ins.com***
*Via CM/RRR# 7018 1130 0001 3056 1421*

| Re: | | |
|---|---|---|
| **Our Client** | : | **Bar-B-Que Depot, Inc. (Franklin Zerko)** |
| **Claim No.** | : | **126163-01** |
| **Policy No.** | : | **MP0042024002299** |
| **Date of Loss** | : | **August 29, 2017** |
| **Location of Loss** | : | **110 Old Hwy. 90E, Vidor, Texas** |

EXHIBIT
**A**
ALL-STATE LEGAL®

Dear Mesa Underwriters Specialty Insurance Co. (MUSIC) and Mr. Yash:

Please be advised my firm has been retained by **Bar-B-Que Depot, Inc. (Franklin Zerko)**, with respect to **losses as a result of the above referenced claim**. It appears from our investigation MESA/MUSIC Insurance Co. never properly investigated the claim/losses nor paid full benefits that were due and owing under the policy for Bar B Que Depot Inc.'s losses, including structural damage to their buildings, contents loss, and loss of business income. Based on our client's contention that this claim has never been properly handled, we investigated this matter and found a significant underpayment due to damages to the house.

Your company inspected the property after the claim was submitted. A DENIAL LETTER was sent to my client on November 2, 2018  See **Exhibit 1**. This letter clearly evidences MESA/MUSIC Insurance Company's intent to avoid its duties under the policy after completion of the on-site inspection. The damages referenced above were caused by caused by wind/rain and lightening (covered perils).

As you know, an insurance company and its adjusters have a duty to act fairly and in good faith with their insureds. Unfair practices include such things as failing to attempt in good faith to arrive at a prompt, fair, and equitable settlement of a claim when the insurer's liability has become reasonably clear; and failing to provide a policy holder with a reasonable explanation of either the insurer's denial of a claim or offer to compromise a settlement within a reasonable time limit.

Please understand my client wishes to reach an amicable resolution to this matter without the burden or expense of litigation. However, any filing would seek damages for Ch. 541 and 542 Insurance Code violations, as well as breach of the duty of good faith and fair dealing, fraud and breach of contract. At trial, my client would be seeking recovery of all damages available under Texas law, including, but not limited to actual damages, statutory penalties (including 18% annual interest on all unpaid amounts), treble damages for "knowingly" underpaying these claims, as well as all interest, attorney's fees, costs and expenses incurred in prosecuting this matter.

**Bar-B-Que Depot, Inc.** purchased an insurance policy from MESA/MUSIC Insurance to protect its property from this type of loss. To date, MESA/MUSIC Insurance has not properly paid the benefits due and owing under the insurance policy. These acts are violations of the Insurance Code and are actionable under Texas law. Based on our review of the records, it does not appear that MESA/MUSIC Insurance properly handled this claim. The investigation and claims handling was consistent with that of an outcome oriented investigation and report, in an effort to minimize the amount of policy benefits MESA/MUSIC Insurance would pay to Bar B Que Depot Inc for its losses.

MESA/MUSIC Insurance failed to take all damages into consideration when formulating its estimate(s), as the damage was clear as can be seen in the photographs enclosed, and then failed to pay this claim fairly.

Notice is hereby given under Section 541.154 and 542A.003 of the Texas Insurance Code that my client has sustained economic damages, to date, in unpaid benefits that are due and owing. Based on the policy, the deductible ($800.00) and the claim payments of ($0.00), your company still owes Bar B Que Depot Inc. the following amounts:

- $31,937.42 in actual damages to business personal property (see **Exhibit 2 and 3**);
- $18,379.69 in business income interruption from Aug. 29, 2017 to September 11, 2017 at $1,312.83/day for 14 days (see **Exhibit 4**);
- and attorney's fees and expenses in the amount of $4,960.94 (attached as **Exhibit 5**).

Bar B Que Depot Inc. was forced to hire my firm since MESA/MUSIC Insurance has yet to pay the full loss, which is due and owing. **Demand, prior to filing suit, is therefore made pursuant to the DTPA and Insurance Code for the amount of $55,278.05.**

It is the intention of Bar B Que Depot Inc and this firm that no binding settlement exists until any proposal and acceptance are both (i) reduced to a written settlement agreement approved by all parties to the settlement, (ii) signed by all parties for which the settlement agreement contemplates signature, and (iii) until all conditions or events required by the settlement agreement are fully satisfied. Neither this compromise settlement proposal or the accompanying facts and analysis contained in this document shall be construed as an admission or will be admissible at trial.

Please be advised that under the Insurance Code an award of court costs and reasonable and necessary attorney's fees is mandatory to an insured who prevails in such a lawsuit. Please be further advised that treble damages may be awarded at trial in the event that the jury finds that actionable conduct was committed "knowingly."

This demand will remain open for statutorily allotted sixty (60) day period at which time if no response is received, the demand will expire and we will proceed in a manner that will fully protect our client's legal rights. Please contact my office at your earliest convenience to discuss settlement of these claims.

I appreciate your immediate attention to this matter. Since my client is represented by counsel, please direct all future communications directly to the undersigned. I look forward to hearing from you in the very near future.

Very truly yours,

JOHN PAT PARSONS

Attachment:   Exhibit 1: Denial Letter (MESA/MUSCIC—11-2-17)
              Exhibit 2: Insured's Estimate of Repairs/Business Personal Property Loss
              Exhibit 3: Business Personal Property Loss
              Exhibit 4: Business Income Interruption Documentation
              Exhibit 5: Contemporaneous Attorney Fee's and Expenses (Slip Listing)

cc:    Bar B Que Depot Inc



Ken Yash
Direct Line: 610-706-3060
ClaimDepartment@music-ins.com

November 2, 2017

Bar-B-Que Depot, Inc
P.O. Box 999
Vidor, TX  77670

RE:    Insured:           Bar-B-Que Depot, Inc
       Claim No.:          126163-01
       Policy Number:      MP0042024002299
       Date of Loss:       08/29/2017
       Claimant:           Bar-B-Que Depot, Inc

Ms. Zerko:

This letter is a follow up to your claim submitted on 9/7/2017 where you have requested that
MUSIC provide insurance coverage for the claim for damage to your property.  That request
was made under the insurance policy referenced above.

We have carefully evaluated the facts and circumstances of this claim.  Unfortunately, we must
advise you that the terms of the policy you purchased from MUSIC does not afford insurance
coverage for failure of utility services, artificially generated surge, foundation damage caused by
flooding, settling or earth movement.

The purpose of this letter is to explain how this decision was made.  Obviously, if you feel we
have reached this determination in error, please contact us so we can discuss this matter and we
will be happy to answer any questions you may have.

Within your policy there is specific qualifying, defining, limiting and exclusionary language,
which would apply to the damages claimed.  Please refer to your policy designated Form CP
0010, 10/12, wherein it states:

### A. Coverage
We will pay for direct physical loss of or damage to Covered Property
at the premises described in the Declarations caused by or resulting
from any Covered Cause of Loss.
#### 1. Covered Property
Covered Property, as used in this Coverage Part, means the type of
property described in this section, A.1., and limited in A.2. Property





Ken Yash
Direct Line:  610-706-3060
ClaimDepartment@music-ins.com

Not Covered, if a Limit Of Insurance is shown in the Declarations for that type of property.

**b. Your Business Personal Property** consists of the following property located in or on the building or structure described in the Declarations or in the open (or in a vehicle) within 100 feet of the building or structure or within 100 feet of the premises described in the Declarations, whichever distance is greater:

(1) Furniture and fixtures;
(2) Machinery and equipment;
(3) "Stock";
(4) All other personal property owned by you and used in your business;
(6) Your use interest as tenant in improvements and betterments. Improvements and betterments are fixtures, alterations, installations or additions:
    (a) Made a part of the building or structure you occupy but do not own; and
    (b) You acquired or made at your expense but cannot legally remove;

**2. Property Not Covered**
Covered Property does not include:

f. The cost of excavations, grading, backfilling or filling;
g. Foundations of buildings, structures, machinery or boilers if their foundations are below:
    (1) The lowest basement floor; or
    (2) The surface of the ground, if there is no basement;

3. Covered Causes Of Loss
See applicable Causes Of Loss form as shown in the Declarations.

Please refer to your policy designated as Causes Of Loss – Special Form, CP 1010, 10/12, wherein it states:

**B. Exclusions**
1. We will not pay for loss or damage caused directly or indirectly by any of the following. Such loss or damage is excluded regardless of any other cause or event that contributes concurrently or in any sequence to the loss.

**b. Earth Movement**



Ken Yash
Direct Line: 610-706-3060
ClaimDepartment@music-ins.com

(4) Earth sinking (other than sinkhole col-lapse), rising or shifting including soil conditions which cause settling, cracking or other disarrangement of foundations or other parts of realty. Soil conditions include contraction, expansion, freezing, thawing, erosion, improperly compacted soil and the action of water under the ground surface.

But if Earth Movement, as described in b.(1) through (4) above, results in fire or explosion, we will pay for the loss or damage caused by that fire or explosion.

This exclusion applies regardless of whether any of the above, in Paragraphs (1) through (5), is caused by an act of nature or is otherwise caused.

### c. Governmental Action
Seizure or destruction of property by order of governmental authority.
But we will pay for loss or damage caused by or resulting from acts of destruction ordered by governmental authority and taken at the time of a fire to prevent its spread, if the fire would be covered under this Coverage Part.

### e. Utility Services
The failure of power, communication, water or other utility service supplied to the described premises, however caused, if the failure:
(1) Originates away from the described premises; or
(2) Originates at the described premises, but only if such failure involves equipment used to supply the utility service to the described premises from a source away from the described premises.

Failure of any utility service includes lack of sufficient capacity and reduction in supply.

Loss or damage caused by a surge of power is also excluded, if the surge would not have occurred but for an event causing a failure of power.

But if the failure or surge of power, or the failure of communication, water or other utility service, results in a



Ken Yash
Direct Line: 610-706-3060
ClaimDepartment@music-ins.com

Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

Communication services include but are not limited to service relating to Internet access or access to any electronic, cellular or satellite network.

**g. Water**
   **(1)** Flood, surface water, waves (including tidal wave and tsunami), tides, tidal water, overflow of any body of water, or spray from any of these, all whether or not driven by wind (including storm surge);

This exclusion applies regardless of whether any of the above, in Paragraphs **(1)** through **(5)**, is caused by an act of nature or is other-wise caused. An example of a situation to which this exclusion applies is the situation where a dam, levee, seawall or other boundary or containment system fails in whole or in part, for any reason, to contain the water.
But if any of the above, in Paragraphs **(1)** through **(5)**, results in fire, explosion or sprinkler leakage, we will pay for the loss or damage caused by that fire, explosion or sprinkler leakage (if sprinkler leakage is a Covered Cause of Loss).

**2.** We will not pay for loss or damage caused by or resulting from any of the following:

   **a.** Artificially generated electrical, magnetic or electromagnetic energy that damages, disturbs, disrupts or otherwise interferes with any:
      (1) Electrical or electronic wire, device, appliance, system or network; or
      (2) Device, appliance, system or network utilizing cellular or satellite technology.
   For the purpose of this exclusion, electrical, magnetic or electromagnetic energy includes but is not limited to:
      (a) Electrical current, including arcing;
      (b) Electrical charge produced or con-ducted by a magnetic or electromagnetic field;
      (c) Pulse of electromagnetic energy; or
      (d) Electromagnetic waves or micro-waves.
   But if fire results, we will pay for the loss or damage caused by that fire.



Ken Yash
Direct Line: 610-706-3060
ClaimDepartment@music-ins.com

3. We will not pay for loss or damage caused by or resulting from any of the following, 3.a. through 3.c. But if an excluded cause of loss that is listed in 3.a. through 3.c. results in a Covered Cause of Loss, we will pay for the loss or damage caused by that Covered Cause of Loss.

b. Acts or decisions, including the failure to act or decide, of any person, group, organization or governmental body.

d. (4) Settling, cracking, shrinking or expansion;
(7) The following causes of loss to personal property:
(b) Changes in or extremes of temperature;

But if an excluded cause of loss that is listed in **2.d.(1)** through **(7)** results in a "specified cause of loss" or building glass breakage, we will pay for the loss or damage caused by that "specified cause of loss" or building glass breakage.

Please refer to your policy designated as Business Income (And Extra Expense) Coverage Form CP 0030, 10/12, wherein it states:

## A. Coverage
### 1. Business Income
Business Income means the:
a. Net Income (Net Profit or Loss before income taxes) that would have been earned or incurred; and
b. Continuing normal operating expenses incurred, including payroll.
For manufacturing risks, Net Income includes the net sales value of production.
Coverage is provided as described and limited below for one or more of the following options for which a Limit Of Insurance is shown in the Declarations:
(1) Business Income Including "Rental Value".
(2) Business Income Other Than "Rental Value".
(3) "Rental Value".
If option (1) above is selected, the term Business Income will include "Rental Value". If option (3) above is selected, the term Business Income will mean "Rental Value" only.
If Limits of Insurance are shown under more than one of the above options, the provisions of this Coverage Part apply separately to each.
We will pay for the actual loss of Business Income you sustain due to the necessary "suspension" of your "operations" during the



Ken Yash
Direct Line: 610-706-3060
ClaimDepartment@music-ins.com

"period of restoration". The "suspension" must be caused by direct physical loss of or damage to property at premises which are described in the Declarations and for which a Business Income Limit Of Insurance is shown in the Declarations. The loss or damage must be caused by or result from a Covered Cause of Loss. With respect to loss of or damage to personal property in the open or personal property in a vehicle, the described premises include the area within 100 feet of such premises.

2. "Operations" means:
   a. Your business activities occurring at the described premises;

3. "Period of restoration" means the period of time that:
   a. Begins:
      (1) 72 hours after the time of direct physical loss or damage for Business Income Coverage; or
      (2) Immediately after the time of direct physical loss or damage for Extra Expense Coverage;
      caused by or resulting from any Covered Cause of Loss at the described premises; and
   b. Ends on the earlier of:
      (1) The date when the property at the described premises should be repaired, rebuilt or replaced with reasonable speed and similar quality; or
      (2) The date when business is resumed at a new permanent location.
"Period of restoration" does not include any increased period required due to the enforcement of or compliance with any ordinance or law that:
      (1) Regulates the construction, use or repair, or requires the tearing down, of any property; or
      (2) Requires any insured or others to test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of "pollutants".
The expiration date of this policy will not cut short the "period of restoration".

6. "Suspension" means:
   a. The slowdown or cessation of your business activities; or
   b. That a part or all of the described premises is rendered untenantable, if coverage for Business Income Including "Rental Value" or "Rental Value" applies.

******



Ken Yash
Direct Line:  610-706-3060
ClaimDepartment@music-ins.com

Unfortunately, not all the damage to your property is covered by your insurance policy.  We regret we are unable to arrive at a more favorable position.  Based upon our inspection, the facts of the loss and the above policy language, we would only be able to issue payments for the damage to the roof if the damaged metal panels were installed at your expense.

In order for the payments to be issued for the loss of business income, the suspension of operations has to be caused by a covered cause of loss and restoration period would not begin for 72 hours after direct physical loss.  If the smoke pit was damage by a covered cause of loss, the power did not return until 9/8 and you were operational by 9/12, which does not exceed 72 hours.

This letter is not intended, nor shall it be construed, as a waiver of any rights, terms, conditions or exclusions in the insurance policy contract. MUSIC expressly reserves all rights pertaining to the insurance policy contract, including, but not limited to, the right to assert any other rights, terms, conditions and exclusions in the policy not referenced above.

Hopefully, this letter provides you with a clear explanation of MUSIC's position regarding your claim.  However, if our explanation is not clear, or if you would like to discuss any aspect of this claim, please feel free to contact me at Telephone (610) 706-3060, Fax (877) 233-1351 or via Email ken.yash@selective.com.

In closing, please note that state insurance regulations permit you to submit this matter for review to the Texas Department of Insurance.  If you would like to request review, you may contact the Department at:

<div align="center">

Texas Department of Insurance
P.O. Box 149104
Austin, Texas 78714-9104
1-800-252-3439 (phone)
1-512-475-1771 (fax)

</div>

Respectfully,

*Ken Yash*

Ken Yash
Claims Examiner
Mesa Underwriters Specialty Insurance Company

cc:  Agent #42024 - RPS Houston, 1155 DAIRY ASHFORD LA STE 550, HOUSTON, TX, «contacts.Contact.zip»   RPS_Claims@RPSins.com

<div align="center">100 Tournament Drive, Suite 200 • Horsham, PA 19044
Phone: 215.706.6300 • Fax 855.283.6873</div>

*Accord Services, Inc.*
*PO Box 4581*
*Lake Charles, LA 70606*
*Telephone: (818) 262-5104*
*Fax: (337) 409-4458*

Date:              09/30/18
From:              Kermith Sonnier
Re:                Zerko, Del and Kathleen
Insurance Co.:     Mesa Underwriters Specialty Insurance Company
Policy No.:        MP0042024002299
Claim No.:         126163-01
Loss Location:     110 Old Hwy 90 E
                   Vidor, TX 77662
Date of Loss:      08/28/17
Type of Loss:      Wind

**ATTN: Mr. Parsons**

*Comments:*

We received this claim from the Law Firm of Lindsay, Lindsay and Parsons on September 14, 2018. We inspected the property with the insured on September 18, 2018.

We have written our estimate and took photos of the damages that the insured informed us was caused from the wind. Our estimate totals is $27,627.60 on the Building less the $800.00 deductible and $5,027.49 for Contents which makes the net claim on both items $31,937.42.

This building houses a restaurant named Bar-B-Que Depot, Inc. The restaurant is open for business seven days a week. You can sit down inside to eat or order to go. Due to the damages, Bar-B-Que Depot, Inc. was closed for 14 days. Aside from the building damages the bar-b-que pit was hit by lightning and had to be repaired. We do not have any figures on loss of income, the CPA for Bar-B-Que Depot, Inc. could report that amount.

We have addressed all these items in our estimate. Thank you for the assignment. Feel free to contact me with any questions.



Zerko, Del and Kathleen - 110 Old Hwy 90 E:

| | |
|---|---|
| Dwelling Loss & Damages per Detail | $27,627.60 |
| Less Deductible | $    800.00 |
| | $26,827.60 |
| Contents Loss & Damages per Detail | $ 5,109.82 |
| **Total Net Claim** | **$31,937.42** |

Sincerely,

Kermith Sonnier
Estimator
Accord Services, Inc.



## Accord Services Inc

PO Box 4581
Lake Charles, LA 70606

| | | | | |
|---|---|---|---|---|
| Insured: | Zerko, Del & Kathleen | Business: | (409) 769-8555 |
| Property: | 110 Old Hwy 90 E | Cellular: | (409) 673-9392 |
| | Vidor, TX 77662 | | |

| | | | |
|---|---|---|---|
| Claim Rep.: | Kermith Sonnier | Business: | (818) 262-5104 |
| Business: | PO Box 4581 | | |
| | Lake CHarles, LA 70606 | | |

| | | | |
|---|---|---|---|
| Estimator: | Kermith Sonnier | Business: | (818) 262-5104 |
| Business: | PO Box 4581 | | |
| | Lake CHarles, LA 70606 | | |

**Claim Number:** 1261363-  **Policy Number:** MP0042024002299  **Type of Loss:** Wind Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 9/17/2018 | | |
| Date of Loss: | 8/28/2017 | Date Received: | 9/14/2018 |
| Date Inspected: | 9/18/2018 | Date Entered: | 9/18/2018 10:53 PM |

| | |
|---|---|
| Price List: | TXBM8X_SEP18 |
| | Restoration/Service/Remodel |
| Estimate: | ZERKODEL&KATHLEEN |



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

### ZERKODEL&KATHLEEN

#### General

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 1. Residential Supervision / Project Management - per hour | 15.00 HR | 53.00 | 0.00 | 166.95 | 961.95 | (0.00) | 961.95 |
| 2. Dumpster load - Approx. 20 yards, 4 tons of debris | 1.00 EA | 612.44 | 0.00 | 128.61 | 741.05 | (0.00) | 741.05 |
| 3. Temporary power usage (per month) | 2.00 MO | 109.80 | 18.12 | 49.92 | 287.64 | (0.00) | 287.64 |
| 4a. Remove Temporary power - hookup | 1.00 EA | 49.70 | 0.00 | 10.44 | 60.14 | (0.00) | 60.14 |
| 4b. Temporary power - hookup | 1.00 EA | 273.60 | 0.00 | 57.46 | 331.06 | (0.00) | 331.06 |
| 5. Temporary toilet (per month) | 2.00 MO | 167.00 | 0.00 | 70.14 | 404.14 | (0.00) | 404.14 |
| **Totals:  General** | | | 18.12 | 483.52 | 2,785.98 | 0.00 | 2,785.98 |

#### Invoices

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 6. Replace control unit for BBQ pit* | 1.00 EA | 1,019.71 | 0.00 | 0.00 | 1,019.71 | (0.00) | 1,019.71 |
| 7. Sam's Club invoice for food loss* | 1.00 EA | 1,442.76 | 0.00 | 0.00 | 1,442.76 | (0.00) | 1,442.76 |
| 8. Guest Check* | 1.00 EA | 600.00 | 0.00 | 0.00 | 600.00 | (0.00) | 600.00 |
| Invoice for 6 boxes of links, 4 boxes of boudien, and 4 boxes of rice dressing | | | | | | | |
| 9. Wal-Mart invoices for towels* | 1.00 EA | 59.81 | 0.00 | 0.00 | 59.81 | (0.00) | 59.81 |
| 10. US Foods Inc. Purchase order # 976623* | 1.00 EA | 1,987.54 | 0.00 | 0.00 | 1,987.54 | (0.00) | 1,987.54 |
| **Totals:  Invoices** | | | 0.00 | 0.00 | 5,109.82 | 0.00 | 5,109.82 |

### Roof
#### Roof



#### Metal Roof

| 2527.66 Surface Area | 25.28 Number of Squares |
|---|---|
| 307.82 Total Perimeter Length | 43.30 Total Ridge Length |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 11a. Remove Metal roofing - corrugated - 29 gauge. | 2,527.66 SF | 0.49 | 0.00 | 260.10 | 1,498.65 | (0.00) | 1,498.65 |
| 11b. Metal roofing - corrugated - 29 gauge. | 2,527.66 SF | 3.84 | 235.64 | 2,087.78 | 12,029.63 | (0.00) | 12,029.63 |

ZERKODEL&KATHLEEN                                                                        11/13/2018          Page: 2



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

### CONTINUED - Metal Roof

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 12a. Remove Closure strips for metal roofing - inside and/or outside | 86.60 LF | 0.80 | 0.00 | 14.55 | 83.83 | (0.00) | 83.83 |
| 12b. Closure strips for metal roofing - inside and/or outside | 86.60 LF | 1.46 | 3.64 | 27.31 | 157.39 | (0.00) | 157.39 |
| 13a. Remove Ridge cap - metal roofing | 43.30 LF | 2.00 | 0.00 | 18.19 | 104.79 | (0.00) | 104.79 |
| 13b. Ridge cap - metal roofing | 43.30 LF | 4.47 | 7.97 | 42.33 | 243.85 | (0.00) | 243.85 |
| 14. Detach & Reset commercial sign* | 1.00 EA | 239.33 | 0.00 | 50.26 | 289.59 | (0.00) | 289.59 |
| 15a. Remove Gravity roof ventilator - 18" | 1.00 EA | 8.59 | 0.00 | 1.81 | 10.40 | (0.00) | 10.40 |
| 15b. Gravity roof ventilator - 18" | 1.00 EA | 262.07 | 16.94 | 58.59 | 337.60 | (0.00) | 337.60 |
| 16a. Remove Flashing - pipe jack | 1.00 EA | 6.72 | 0.00 | 1.41 | 8.13 | (0.00) | 8.13 |
| 16b. Flashing - pipe jack | 1.00 EA | 29.49 | 0.75 | 6.35 | 36.59 | (0.00) | 36.59 |
| 17. Dumpster load - Approx. 30 yards, 5-7 tons of debris | 1.00 EA | 736.53 | 0.00 | 154.67 | 891.20 | (0.00) | 891.20 |
| **Totals: Metal Roof** | | | 264.94 | 2,723.35 | 15,691.65 | 0.00 | 15,691.65 |
| **Total: Roof** | | | 264.94 | 2,723.35 | 15,691.65 | 0.00 | 15,691.65 |
| **Total: Roof** | | | 264.94 | 2,723.35 | 15,691.65 | 0.00 | 15,691.65 |

### Interior

**Interior**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 18. Re-level building* | 1.00 EA | 1,500.46 | 38.66 | 323.22 | 1,862.34 | (0.00) | 1,862.34 |
| **Total: Interior** | | | 38.66 | 323.22 | 1,862.34 | 0.00 | 1,862.34 |

### Main Level



**Entry** ﹐                                                                                          **Height: 8'**

| | |
|---|---|
| 133.89 SF Walls | 21.69 SF Ceiling |
| 155.58 SF Walls & Ceiling | 21.69 SF Floor |
| 2.41 SY Flooring | 16.25 LF Floor Perimeter |
| 19.17 LF Ceil. Perimeter | |

**Missing Wall - Goes to Floor**          **2' 11" X 6' 8"**          **Opens into DINING_ROOM**

ZERKODEL&KATHLEEN                                                     11/13/2018          Page: 3

**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 19. Scrape the ceiling & prep for paint | 21.69 SF | 0.57 | 0.02 | 2.60 | 14.98 | (0.00) | 14.98 |
| 20. Texture drywall - heavy hand texture | 21.69 SF | 0.71 | 0.20 | 3.27 | 18.87 | (0.00) | 18.87 |
| 21. Seal the ceiling w/latex based stain blocker - one coat | 21.69 SF | 0.46 | 0.11 | 2.12 | 12.21 | (0.00) | 12.21 |
| 22. Paint the ceiling - one coat | 21.69 SF | 0.51 | 0.20 | 2.37 | 13.63 | (0.00) | 13.63 |
| 23. Mask and prep for paint - tape only (per LF) | 19.17 LF | 0.42 | 0.06 | 1.72 | 9.83 | (0.00) | 9.83 |
| Mask the ceiling to paint the walls | | | | | | | |
| 24. Ceiling hook - Detach & reset | 1.00 EA | 4.17 | 0.00 | 0.88 | 5.05 | (0.00) | 5.05 |
| 25a. Remove Heat/AC register - Mechanically attached | 1.00 EA | 2.22 | 0.00 | 0.46 | 2.68 | (0.00) | 2.68 |
| 25b. Heat/AC register - Mechanically attached | 1.00 EA | 19.98 | 0.74 | 4.35 | 25.07 | (0.00) | 25.07 |
| **Walls** | | | | | | | |
| 26. Seal the walls w/latex based stain blocker - one coat | 133.89 SF | 0.46 | 0.66 | 13.08 | 75.33 | (0.00) | 75.33 |
| 27. Paint the walls - one coat | 133.89 SF | 0.51 | 1.22 | 14.59 | 84.09 | (0.00) | 84.09 |
| 28. Mask and prep for paint - tape only (per LF) | 16.25 LF | 0.42 | 0.05 | 1.45 | 8.33 | (0.00) | 8.33 |
| Mask the ceiling to paint the walls | | | | | | | |
| 29. Clean floor | 1.00 SF | 0.33 | 0.04 | 0.07 | 0.44 | (0.00) | 0.44 |
| **Totals: Entry** | | | 3.30 | 46.96 | 270.51 | 0.00 | 270.51 |



**Cashier**                                                                                      **Height: 8'**

| | |
|---|---|
| 164.89 SF Walls | 39.94 SF Ceiling |
| 204.83 SF Walls & Ceiling | 39.94 SF Floor |
| 4.44 SY Flooring | 19.67 LF Floor Perimeter |
| 25.33 LF Ceil. Perimeter | |

| | | |
|---|---|---|
| Missing Wall - Goes to Floor | 2' 8" X 6' 8" | Opens into DRIVETHRU |
| Missing Wall - Goes to Floor | 3' X 6' 8" | Opens into KITCHEN |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 30. Scrape the ceiling & prep for paint | 39.94 SF | 0.57 | 0.03 | 4.79 | 27.59 | (0.00) | 27.59 |
| 31. Texture drywall - heavy hand texture | 39.94 SF | 0.71 | 0.36 | 6.04 | 34.76 | (0.00) | 34.76 |
| 32. Seal the ceiling w/latex based stain blocker - one coat | 39.94 SF | 0.46 | 0.20 | 3.90 | 22.47 | (0.00) | 22.47 |
| 33. Paint the ceiling - one coat | 39.94 SF | 0.51 | 0.36 | 4.36 | 25.09 | (0.00) | 25.09 |
| 34. Mask and prep for paint - tape only (per LF) | 25.33 LF | 0.42 | 0.08 | 2.25 | 12.97 | (0.00) | 12.97 |
| Mask the ceiling to paint the walls | | | | | | | |



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

CONTINUED - Cashier

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 35. Ceiling hook - Detach & reset | 1.00 EA | 4.17 | 0.00 | 0.88 | 5.05 | (0.00) | 5.05 |
| 36a. Remove Heat/AC register - Mechanically attached | 1.00 EA | 2.22 | 0.00 | 0.46 | 2.68 | (0.00) | 2.68 |
| 36b. Heat/AC register - Mechanically attached | 1.00 EA | 19.98 | 0.74 | 4.35 | 25.07 | (0.00) | 25.07 |
| Walls | | | | | | | |
| 37. Drywall patch / small repair, ready for paint | 1.00 EA | 56.03 | 0.20 | 11.80 | 68.03 | (0.00) | 68.03 |
| 38. Seal the walls w/latex based stain blocker - one coat | 164.89 SF | 0.46 | 0.82 | 16.10 | 92.77 | (0.00) | 92.77 |
| 39. Paint the walls - one coat | 164.89 SF | 0.51 | 1.50 | 17.98 | 103.57 | (0.00) | 103.57 |
| 40. Mask and prep for paint - tape only (per LF) | 19.67 LF | 0.42 | 0.07 | 1.76 | 10.09 | (0.00) | 10.09 |
| Mask the ceiling to paint the walls | | | | | | | |
| 41. Clean floor | 1.00 SF | 0.33 | 0.04 | 0.07 | 0.44 | (0.00) | 0.44 |

| Totals: Cashier | | | 4.40 | 74.74 | 430.58 | 0.00 | 430.58 |
|---|---|---|---|---|---|---|---|



**Dining Room**                                                                 Height: 8'

525.89 SF Walls                                  249.58 SF Ceiling
775.47 SF Walls & Ceiling                        249.58 SF Floor
27.73 SY Flooring                                65.25 LF Floor Perimeter
68.17 LF Ceil. Perimeter

**Missing Wall - Goes to Floor**          2' 11" X 6' 8"          Opens into ENTRY__

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| Ceiling | | | | | | | |
| 42. Scrape part of the ceiling & prep for paint | 185.58 SF | 0.57 | 0.15 | 22.26 | 128.19 | (0.00) | 128.19 |
| 43. Texture drywall - heavy hand texture | 249.58 SF | 0.71 | 2.26 | 37.69 | 217.15 | (0.00) | 217.15 |
| 44a. Remove 5/8" drywall - hung, taped, ready for texture | 64.00 SF | 0.58 | 0.00 | 7.79 | 44.91 | (0.00) | 44.91 |
| 44b. 5/8" drywall - hung, taped, ready for texture | 64.00 SF | 1.67 | 2.59 | 23.00 | 132.47 | (0.00) | 132.47 |
| 45a. Remove Batt insulation - 10" - R30 - paper faced | 64.00 SF | 0.39 | 0.00 | 5.25 | 30.21 | (0.00) | 30.21 |
| 45b. Batt insulation - 10" - R30 - paper faced | 64.00 SF | 1.24 | 4.38 | 17.59 | 101.33 | (0.00) | 101.33 |

ZERKODEL&KATHLEEN                                     11/13/2018          Page: 5



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

### CONTINUED – Dining Room

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 46. Seal the ceiling w/latex based stain blocker - one coat | 249.58 SF | 0.46 | 1.24 | 24.37 | 140.42 | (0.00) | 140.42 |
| 47. Paint the ceiling - one coat | 249.58 SF | 0.51 | 2.26 | 27.21 | 156.76 | (0.00) | 156.76 |
| 48. Mask and prep for paint - tape only (per LF) | 68.17 LF | 0.42 | 0.23 | 6.06 | 34.92 | (0.00) | 34.92 |
| Mask the ceiling to paint the walls | | | | | | | |
| 49. Ceiling hook - Detach & reset | 2.00 EA | 4.17 | 0.00 | 1.75 | 10.09 | (0.00) | 10.09 |
| 50. Detach & Reset Fluorescent - two tube - 4' - fixture w/lens | 1.00 EA | 68.20 | 0.00 | 14.32 | 82.52 | (0.00) | 82.52 |
| 51. Detach & Reset Ceiling fan & light | 1.00 EA | 167.31 | 0.00 | 35.13 | 202.44 | (0.00) | 202.44 |
| 52a. Remove Heat/AC register - Mechanically attached | 1.00 EA | 2.22 | 0.00 | 0.46 | 2.68 | (0.00) | 2.68 |
| 52b. Heat/AC register - Mechanically attached | 1.00 EA | 19.98 | 0.74 | 4.35 | 25.07 | (0.00) | 25.07 |
| Walls | | | | | | | |
| 53. Drywall tape joint/repair - per LF | 9.00 LF | 5.72 | 0.17 | 10.85 | 62.50 | (0.00) | 62.50 |
| 54. Texture drywall - heavy hand texture | 32.00 SF | 0.71 | 0.29 | 4.83 | 27.84 | (0.00) | 27.84 |
| 55. Seal the walls w/latex based stain blocker - one coat | 525.89 SF | 0.46 | 2.60 | 51.35 | 295.86 | (0.00) | 295.86 |
| 56. Paint the walls - one coat - 2 colors | 525.89 SF | 0.71 | 4.77 | 79.42 | 457.57 | (0.00) | 457.57 |
| 57a. Remove Chair rail - 2 1/2" | 8.00 LF | 0.54 | 0.00 | 0.91 | 5.23 | (0.00) | 5.23 |
| 57b. Chair rail - 2 1/2" | 8.00 LF | 2.67 | 0.84 | 4.66 | 26.86 | (0.00) | 26.86 |
| 58. Caulking - acrylic | 65.25 LF | 2.08 | 0.48 | 28.60 | 164.80 | (0.00) | 164.80 |
| 59. Paint chair rail - one coat | 65.25 LF | 0.84 | 0.38 | 11.59 | 66.78 | (0.00) | 66.78 |
| 60. Floor protection - self-adhesive plastic film | 249.58 SF | 0.57 | 2.47 | 30.40 | 175.13 | (0.00) | 175.13 |
| 61. Contents - move out then reset - Extra large room | 1.00 EA | 146.40 | 0.00 | 30.74 | 177.14 | (0.00) | 177.14 |
| 62. Clean floor | 1.00 SF | 0.33 | 0.04 | 0.07 | 0.44 | (0.00) | 0.44 |
| **Totals: Dining Room** | | | 25.89 | 488.65 | 2,769.31 | 0.00 | 2,769.31 |



**Bath1**        **Height: 8'**

122.67 SF Walls      14.69 SF Ceiling
137.36 SF Walls & Ceiling      14.69 SF Floor
1.63 SY Flooring      15.33 LF Floor Perimeter
15.33 LF Ceil. Perimeter

ZERKODEL&KATHLEEN      11/13/2018      Page: 6

 **Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 63. Scrape the ceiling & prep for paint | 14.69 SF | 0.57 | 0.01 | 1.76 | 10.14 | (0.00) | 10.14 |
| 64. Texture drywall - heavy hand texture | 14.69 SF | 0.71 | 0.13 | 2.21 | 12.77 | (0.00) | 12.77 |
| 65a. Remove 5/8" drywall - hung, taped, ready for texture | 14.69 SF | 0.58 | 0.00 | 1.79 | 10.31 | (0.00) | 10.31 |
| 65b. 5/8" drywall - hung, taped, ready for texture | 14.69 SF | 1.67 | 0.59 | 5.28 | 30.40 | (0.00) | 30.40 |
| 66a. Remove Batt insulation - 10" - R30 - paper faced | 14.69 SF | 0.39 | 0.00 | 1.20 | 6.93 | (0.00) | 6.93 |
| 66b. Batt insulation - 10" - R30 - paper faced | 14.69 SF | 1.24 | 1.01 | 4.03 | 23.26 | (0.00) | 23.26 |
| 67. Seal the ceiling w/latex based stain blocker - one coat | 14.69 SF | 0.46 | 0.07 | 1.44 | 8.27 | (0.00) | 8.27 |
| 68. Paint the ceiling - one coat | 14.69 SF | 0.51 | 0.13 | 1.59 | 9.21 | (0.00) | 9.21 |
| 69. Mask and prep for paint - tape only (per LF) | 15.33 LF | 0.42 | 0.05 | 1.37 | 7.86 | (0.00) | 7.86 |
| Mask the ceiling to paint the walls | | | | | | | |
| 70a. Remove Bathroom ventilation fan, light, and heater | 1.00 EA | 33.60 | 0.00 | 7.06 | 40.66 | (0.00) | 40.66 |
| 70b. Bathroom ventilation fan, light, and heater | 1.00 EA | 356.18 | 22.77 | 79.59 | 458.54 | (0.00) | 458.54 |
| 71a. Remove Heat/AC register - Mechanically attached | 1.00 EA | 2.22 | 0.00 | 0.46 | 2.68 | (0.00) | 2.68 |
| 71b. Heat/AC register - Mechanically attached | 1.00 EA | 19.98 | 0.74 | 4.35 | 25.07 | (0.00) | 25.07 |
| Walls | | | | | | | |
| 72. Drywall tape joint/repair - per LF | 9.00 LF | 5.72 | 0.17 | 10.85 | 62.50 | (0.00) | 62.50 |
| 73. Texture drywall - heavy hand texture | 122.67 SF | 0.71 | 1.11 | 18.52 | 106.73 | (0.00) | 106.73 |
| 74. Seal the walls w/latex based stain blocker - one coat | 122.67 SF | 0.46 | 0.61 | 11.98 | 69.02 | (0.00) | 69.02 |
| 75. Paint the walls - one coat - 2 colors | 122.67 SF | 0.71 | 1.11 | 18.52 | 106.73 | (0.00) | 106.73 |
| 76a. Remove Chair rail - 2 1/2" | 15.33 LF | 0.54 | 0.00 | 1.74 | 10.02 | (0.00) | 10.02 |
| 76b. Chair rail - 2 1/2" | 15.33 LF | 2.67 | 1.62 | 8.93 | 51.48 | (0.00) | 51.48 |
| 77. Caulking - acrylic | 15.33 LF | 2.08 | 0.11 | 6.72 | 38.72 | (0.00) | 38.72 |
| 78. Paint chair rail - one coat | 15.33 LF | 0.84 | 0.09 | 2.73 | 15.70 | (0.00) | 15.70 |
| 79. Floor protection - self-adhesive plastic film | 14.69 SF | 0.57 | 0.15 | 1.80 | 10.32 | (0.00) | 10.32 |
| 80. Contents - move out then reset - Small room | 1.00 EA | 36.63 | 0.00 | 7.69 | 44.32 | (0.00) | 44.32 |
| **Totals: Bath1** | | | 30.47 | 201.61 | 1,161.64 | 0.00 | 1,161.64 |



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

**Bath2**                                                                           Height: 8'

122.67 SF Walls                              14.69 SF Ceiling
137.36 SF Walls & Ceiling                    14.69 SF Floor
1.63 SY Flooring                             15.33 LF Floor Perimeter
15.33 LF Ceil. Perimeter

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| **Ceiling** | | | | | | | |
| 81.  Scrape the ceiling & prep for paint | 14.69 SF | 0.57 | 0.01 | 1.76 | 10.14 | (0.00) | 10.14 |
| 82.  Texture drywall - heavy hand texture | 14.69 SF | 0.71 | 0.13 | 2.21 | 12.77 | (0.00) | 12.77 |
| 83a.  Remove 5/8" drywall - hung, taped, ready for texture | 14.69 SF | 0.58 | 0.00 | 1.79 | 10.31 | (0.00) | 10.31 |
| 83b.  5/8" drywall - hung, taped, ready for texture | 14.69 SF | 1.67 | 0.59 | 5.28 | 30.40 | (0.00) | 30.40 |
| 84a.  Remove Batt insulation - 10" - R30 - paper faced | 14.69 SF | 0.39 | 0.00 | 1.20 | 6.93 | (0.00) | 6.93 |
| 84b.  Batt insulation - 10" - R30 - paper faced | 14.69 SF | 1.24 | 1.01 | 4.03 | 23.26 | (0.00) | 23.26 |
| 85.  Seal the ceiling w/latex based stain blocker - one coat | 14.69 SF | 0.46 | 0.07 | 1.44 | 8.27 | (0.00) | 8.27 |
| 86.  Paint the ceiling - one coat | 14.69 SF | 0.51 | 0.13 | 1.59 | 9.21 | (0.00) | 9.21 |
| 87.  Mask and prep for paint - tape only (per LF) | 15.33 LF | 0.42 | 0.05 | 1.37 | 7.86 | (0.00) | 7.86 |
| Mask the ceiling to paint the walls | | | | | | | |
| 88a.  Remove Bathroom ventilation fan, light, and heater | 1.00 EA | 33.60 | 0.00 | 7.06 | 40.66 | (0.00) | 40.66 |
| 88b.  Bathroom ventilation fan, light, and heater | 1.00 EA | 356.18 | 22.77 | 79.59 | 458.54 | (0.00) | 458.54 |
| 89a.  Remove Heat/AC register - Mechanically attached | 1.00 EA | 2.22 | 0.00 | 0.46 | 2.68 | (0.00) | 2.68 |
| 89b.  Heat/AC register - Mechanically attached | 1.00 EA | 19.98 | 0.74 | 4.35 | 25.07 | (0.00) | 25.07 |
| **Walls** | | | | | | | |
| 90.  Drywall tape joint/repair - per LF | 9.00 LF | 5.72 | 0.17 | 10.85 | 62.50 | (0.00) | 62.50 |
| 91.  Texture drywall - heavy hand texture | 122.67 SF | 0.71 | 1.11 | 18.52 | 106.73 | (0.00) | 106.73 |
| 92.  Seal the walls w/latex based stain blocker - one coat | 122.67 SF | 0.46 | 0.61 | 11.98 | 69.02 | (0.00) | 69.02 |
| 93.  Paint the walls - one coat - 2 colors | 122.67 SF | 0.71 | 1.11 | 18.52 | 106.73 | (0.00) | 106.73 |
| 94a.  Remove Chair rail - 2 1/2" | 15.33 LF | 0.54 | 0.00 | 1.74 | 10.02 | (0.00) | 10.02 |
| 94b.  Chair rail - 2 1/2" | 15.33 LF | 2.67 | 1.62 | 8.93 | 51.48 | (0.00) | 51.48 |
| 95.  Caulking - acrylic | 15.33 LF | 2.08 | 0.11 | 6.72 | 38.72 | (0.00) | 38.72 |
| 96.  Paint chair rail - one coat | 15.33 LF | 0.84 | 0.09 | 2.73 | 15.70 | (0.00) | 15.70 |
| 97.  Floor protection - self-adhesive plastic film | 14.69 SF | 0.57 | 0.15 | 1.80 | 10.32 | (0.00) | 10.32 |
| 98.  Contents - move out then reset - Small room | 1.00 EA | 36.63 | 0.00 | 7.69 | 44.32 | (0.00) | 44.32 |

| Totals: Bath2 | | | 30.47 | 201.61 | 1,161.64 | 0.00 | 1,161.64 |
|---|---|---|---|---|---|---|---|

ZERKODEL&KATHLEEN

11/13/2018                                                                      Page: 8



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

| **Pit Room** | | | | | | | | Height: 8' |
|---|---|---|---|---|---|---|---|---|

| 437.33 SF Walls | 183.10 SF Ceiling |
|---|---|
| 620.44 SF Walls & Ceiling | 183.10 SF Floor |
| 20.34 SY Flooring | 54.67 LF Floor Perimeter |
| 54.67 LF Ceil. Perimeter | |

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 99. Contents - move out then reset | 1.00 EA | 48.80 | 0.00 | 10.25 | 59.05 | (0.00) | 59.05 |
| 100. Freezer - Remove & reset | 1.00 EA | 39.55 | 0.00 | 8.31 | 47.86 | (0.00) | 47.86 |
| 101. Remove Bottle/can box cooler - Commercial | 1.00 EA | 31.84 | 0.00 | 6.68 | 38.52 | (0.00) | 38.52 |
| 102. Install Bottle/can box cooler – Commercial | 1.00 EA | 22.89 | 0.00 | 4.81 | 27.70 | (0.00) | 27.70 |
| 103a. Remove Sheathing - plywood - 3/4" CDX | 183.10 SF | 0.64 | 0.00 | 24.61 | 141.79 | (0.00) | 141.79 |
| 103b. Sheathing - plywood - 3/4" CDX | 183.10 SF | 1.97 | 15.41 | 78.99 | 455.11 | (0.00) | 455.11 |

| Totals: Pit Room | | | 15.41 | 133.65 | 770.03 | 0.00 | 770.03 |
|---|---|---|---|---|---|---|---|

| Total: Main Level | | | 109.94 | 1,139.22 | 6,563.71 | 0.00 | 6,563.71 |
|---|---|---|---|---|---|---|---|

| Total: Interior | | | 148.60 | 1,462.44 | 8,426.05 | 0.00 | 8,426.05 |
|---|---|---|---|---|---|---|---|

**Labor Minimums Applied**

| DESCRIPTION | QUANTITY | UNIT PRICE | TAX | O&P | RCV | DEPREC. | ACV |
|---|---|---|---|---|---|---|---|
| 104. Finish hardware labor minimum* | 1.00 EA | 111.97 | 0.00 | 23.52 | 135.49 | (0.00) | 135.49 |
| 105. Heat, vent, & air cond. labor minimum* | 1.00 EA | 226.56 | 0.00 | 47.58 | 274.14 | (0.00) | 274.14 |
| 106. Floor cleaning labor minimum* | 1.00 EA | 106.73 | 10.66 | 22.41 | 139.80 | (0.00) | 139.80 |
| 107. Insulation labor minimum* | 1.00 EA | 60.86 | 0.00 | 12.79 | 73.65 | (0.00) | 73.65 |
| 108. Finish carpentry labor minimum* | 1.00 EA | 83.34 | 0.00 | 17.50 | 100.84 | (0.00) | 100.84 |

| Totals: Labor Minimums Applied | | | 10.66 | 123.80 | 723.92 | 0.00 | 723.92 |
|---|---|---|---|---|---|---|---|

| Line Item Totals: ZERKODEL&KATHLEEN | | | 442.32 | 4,793.11 | 32,737.42 | 0.00 | 32,737.42 |
|---|---|---|---|---|---|---|---|



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

## Grand Total Areas:

| | | | | | |
|---|---|---|---|---|---|
| 3,382.89 | SF Walls | 1,236.74 | SF Ceiling | 4,619.63 | SF Walls and Ceiling |
| 1,236.74 | SF Floor | 137.42 | SY Flooring | 601.28 | LF Floor Perimeter |
| 0.00 | SF Long Wall | 0.00 | SF Short Wall | 437.17 | LF Ceil. Perimeter |
| | | | | | |
| 1,236.74 | Floor Area | 1,344.74 | Total Area | 3,382.89 | Interior Wall Area |
| 2,663.80 | Exterior Wall Area | 229.00 | Exterior Perimeter of Walls | | |
| | | | | | |
| 2,527.66 | Surface Area | 25.28 | Number of Squares | 307.82 | Total Perimeter Length |
| 43.30 | Total Ridge Length | 0.00 | Total Hip Length | | |

| Coverage | Item Total | % | ACV Total | % |
|---|---|---|---|---|
| Dwelling | 27,627.60 | 84.39% | 27,627.60 | 84.39% |
| Other Structures | 0.00 | 0.00% | 0.00 | 0.00% |
| Contents | 5,109.82 | 15.61% | 5,109.82 | 15.61% |
| Total | 32,737.42 | 100.00% | 32,737.42 | 100.00% |

**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 22,392.17 |
| Material Sales Tax | 431.54 |
| Subtotal | 22,823.71 |
| Overhead | 2,282.43 |
| Profit | 2,510.68 |
| Cleaning Sales Tax | 10.78 |
| **Replacement Cost Value** | **$27,627.60** |
| Less Deductible | (800.00) |
| **Net Claim** | **$26,827.60** |

Kermith Sonnier

ZERKODEL&KATHLEEN                                    11/13/2018          Page: 11

**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

## Summary for Contents

| | |
|---|---:|
| Line Item Total | 5,109.82 |
| Replacement Cost Value | $5,109.82 |
| Net Claim | $5,109.82 |

Kermith Sonnier



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

### Recap of Taxes, Overhead and Profit

| | Overhead (10%) | Profit (10%) | Material Sales Tax (8.25%) | Cleaning Mtl Tax (8.25%) | Cleaning Sales Tax (8.25%) | Manuf. Home Tax (5%) | Storage Rental Tax (8.25%) |
|---|---|---|---|---|---|---|---|
| **Line Items** | | | | | | | |
| | 2,282.43 | 2,510.68 | 431.54 | 0.00 | 10.78 | 0.00 | 0.00 |
| **Total** | | | | | | | |
| | 2,282.43 | 2,510.68 | 431.54 | 0.00 | 10.78 | 0.00 | 0.00 |

ZERKODEL & KATHLEEN                                        11/13/2018          Page: 13



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

## Recap by Room

| | | | | |
|---|---|---|---|---|
| **Estimate: ZERKODEL&KATHLEEN** | | | | |
| General | | | 2,284.34 | 8.31% |
| Coverage: Dwelling | 100.00% = | | 2,284.34 | |
| **Invoices** | | | 5,109.82 | 18.58% |
| Coverage: Contents | 100.00% = | | 5,109.82 | |
| **Area: Roof** | | | | |
| **Area: Roof** | | | | |
| Metal Roof | | | 12,703.36 | 46.19% |
| Coverage: Dwelling | 100.00% = | | 12,703.36 | |
| **Area Subtotal:  Roof** | | | 12,703.36 | 46.19% |
| Coverage: Dwelling | 100.00% = | | 12,703.36 | |
| **Area Subtotal:  Roof** | | | 12,703.36 | 46.19% |
| Coverage: Dwelling | 100.00% = | | 12,703.36 | |
| **Area: Interior** | | | 1,500.46 | 5.46% |
| Coverage: Dwelling | 100.00% = | | 1,500.46 | |
| **Area: Main Level** | | | | |
| Entry | | | 220.25 | 0.80% |
| Coverage: Dwelling | 100.00% = | | 220.25 | |
| Cashier | | | 351.44 | 1.28% |
| Coverage: Dwelling | 100.00% = | | 351.44 | |
| Dining Room | | | 2,262.77 | 8.23% |
| Coverage: Dwelling | 100.00% = | | 2,262.77 | |
| Bath1 | | | 929.56 | 3.38% |
| Coverage: Dwelling | 100.00% = | | 929.56 | |
| Bath2 | | | 929.56 | 3.38% |
| Coverage: Dwelling | 100.00% = | | 929.56 | |
| Pit Room | | | 620.97 | 2.26% |
| Coverage: Dwelling | 100.00% = | | 620.97 | |
| **Area Subtotal:  Main Level** | | | 5,314.55 | 19.32% |
| Coverage: Dwelling | 100.00% = | | 5,314.55 | |
| **Area Subtotal:  Interior** | | | 6,815.01 | 24.78% |
| Coverage: Dwelling | 100.00% = | | 6,815.01 | |
| **Labor Minimums Applied** | | | 589.46 | 2.14% |
| Coverage: Dwelling | 100.00% = | | 589.46 | |

ZERKODEL&KATHLEEN                                                11/13/2018      Page: 14

**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

| | | | |
|---|---|---|---|
| **Subtotal of Areas** | | 27,501.99 | 100.00% |
| Coverage: Dwelling | 81.42% = | 22,392.17 | |
| Coverage: Contents | 18.58% = | 5,109.82 | |
| **Total** | | 27,501.99 | 100.00% |

**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

## Recap by Category

| O&P Items | | | Total | % |
|---|---|---|---|---|
| **APPLIANCES** | | | 62.44 | 0.19% |
| Coverage: Dwelling | @ | 100.00% = | 62.44 | |
| **CLEANING** | | | 107.72 | 0.33% |
| Coverage: Dwelling | @ | 100.00% = | 107.72 | |
| **CONTENT MANIPULATION** | | | 268.46 | 0.82% |
| Coverage: Dwelling | @ | 100.00% = | 268.46 | |
| **GENERAL DEMOLITION** | | | 3,147.19 | 9.61% |
| Coverage: Dwelling | @ | 100.00% = | 3,147.19 | |
| **DRYWALL** | | | 805.15 | 2.46% |
| Coverage: Dwelling | @ | 100.00% = | 805.15 | |
| **ELECTRICAL** | | | 712.36 | 2.18% |
| Coverage: Dwelling | @ | 100.00% = | 712.36 | |
| **MISC. EQUIPMENT - COMMERCIAL** | | | 239.33 | 0.73% |
| Coverage: Dwelling | @ | 100.00% = | 239.33 | |
| **FINISH CARPENTRY / TRIMWORK** | | | 186.56 | 0.57% |
| Coverage: Dwelling | @ | 100.00% = | 186.56 | |
| **FINISH HARDWARE** | | | 128.65 | 0.39% |
| Coverage: Dwelling | @ | 100.00% = | 128.65 | |
| **FRAMING & ROUGH CARPENTRY** | | | 360.71 | 1.10% |
| Coverage: Dwelling | @ | 100.00% = | 360.71 | |
| **HEAT, VENT & AIR CONDITIONING** | | | 326.46 | 1.00% |
| Coverage: Dwelling | @ | 100.00% = | 326.46 | |
| **INSULATION** | | | 176.66 | 0.54% |
| Coverage: Dwelling | @ | 100.00% = | 176.66 | |
| **LABOR ONLY** | | | 795.00 | 2.43% |
| Coverage: Dwelling | @ | 100.00% = | 795.00 | |
| **LIGHT FIXTURES** | | | 235.51 | 0.72% |
| Coverage: Dwelling | @ | 100.00% = | 235.51 | |
| **MOISTURE PROTECTION** | | | 199.50 | 0.61% |
| Coverage: Dwelling | @ | 100.00% = | 199.50 | |
| **MOBILE HOMES, SKIRTING & SETUP** | | | 1,500.46 | 4.58% |
| Coverage: Dwelling | @ | 100.00% = | 1,500.46 | |
| **PAINTING** | | | 1,995.05 | 6.09% |
| Coverage: Dwelling | @ | 100.00% = | 1,995.05 | |
| **ROOFING** | | | 10,317.76 | 31.52% |
| Coverage: Dwelling | @ | 100.00% = | 10,317.76 | |
| **TEMPORARY REPAIRS** | | | 827.20 | 2.53% |
| Coverage: Dwelling | @ | 100.00% = | 827.20 | |
| **O&P Items Subtotal** | | | 22,392.17 | 68.40% |

| Non-O&P Items | Total | % |
|---|---|---|

ZERKODEL&KATHLEEN                    11/13/2018        Page: 16



**Accord Services Inc**

PO Box 4581
Lake Charles, LA 70606

| Non-O&P Items | | | Total | % |
|---|---|---|---:|---:|
| **CONTENT MANIPULATION** | | | **4,090.11** | **12.49%** |
| Coverage: Contents | @ | 100.00% = | 4,090.11 | |
| **ELECTRICAL** | | | **1,019.71** | **3.11%** |
| Coverage: Contents | @ | 100.00% = | 1,019.71 | |
| **Non-O&P Items Subtotal** | | | **5,109.82** | **15.61%** |
| **O&P Items Subtotal** | | | **22,392.17** | **68.40%** |
| **Material Sales Tax** | | | **431.54** | **1.32%** |
| Coverage: Dwelling | @ | 100.00% = | 431.54 | |
| **Overhead** | | | **2,282.43** | **6.97%** |
| Coverage: Dwelling | @ | 100.00% = | 2,282.43 | |
| **Profit** | | | **2,510.68** | **7.67%** |
| Coverage: Dwelling | @ | 100.00% = | 2,510.68 | |
| **Cleaning Sales Tax** | | | **10.78** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% = | 10.78 | |
| **Total** | | | **32,737.42** | **100.00%** |

# STARK SERVICES

**167 HORN RD.**
**LUMBERTON, TEXAS 77657**
**PHONE: 409-727-2740**
**FAX: 409-751-6145**
**EMAIL: StarkServices1@hotmail.com**

**SALES · SERVICE · PARTS**
24 HOURS A DAY · 7 DAYS A WEEK

**COMMERCIAL COOKING
EQUIPMENT
REPAIRS**

CUSTOMER _BBQ Depot_

**Invoice #**   01264

**P.O. #:** _____

CHARGE TO _____

MAKE _Southern Pride_ MODEL _____ S/N _____ VOLTAGE _____

PROBLEM AS DESCRIBED BY CUSTOMER: _____

SERVICE PERFORMED: _Pit needed new control. Due to lighting strike._
_Replaced and cut in up and running now_

| QTY | PART NO. | DESCRIPTION | UNIT | AMOUNT |
|-----|----------|-------------|------|--------|
| 1 | 111 | SPK500 SCC control | | 717 00 |

EXHIBIT
3

**ALL ITEMS LISTED ABOVE REMAIN THE PROPERTY OF**

## STARK SERVICES UNTIL PAID IN FULL.

X _Staci Fulks_
Customer Signature

_K Stark_
Technician

Date _9 / 11 / 2017_

| | | | |
|---|---|---|---|
| **TOTAL PARTS** | | = | 717 00 |
| **REG HRS.** 2 @ 75 00 | | = | 150 00 |
| **O.T. HRS.** @ | | = | |
| **HELPER HRS.** @ | | = | |
| **TRAVEL** 1 @ 75 00 | | = | 75 00 |
| **SHIPPING & HANDLING** | | = | |
| **SUBTOTAL** 942 00 | TAX 8.25 | = | 77.71 |
| | | **TOTAL =** | 1019.7 |

SCANNED

PAST DUE ACCOUNTS SUBJECT TO A   \_\ARGE PLUS COLLECTION & LEGAL FEES

See back of receipt for your chance
to win $1000

ID #:   7LZ4KF4YKJ5


Save money. Live better.

( 409 ) 769 - 6299
MANAGER CLAUDIA DUHON
1350 N MAIN ST
VIDOR TX 77662
STR 00457 OP# 002787 TE# 51 TR# 04061
18PK UC      096400099891       3.92 A
18PK UC      096400099891       3.92 X
18PK UC      096400099891       3.92 X
18PK UC      096400099891       3.92 X
HAND TOWEL   066572110410
   8 AT  1 FOR    1.84          14.72 X
BATH SHEET   066572110375
   5 AT  1 FOR    4.97          24.85 X
                 SUBTOTAL       55.25
         TAX 1  8.250 %          4.56
                 TOTAL          59.81
         CASH TEND             60.00
         CHANGE DUE             0.19
        # ITEMS SOLD 17
   TC# 2752 2958 0347 7258 2463

Low Prices You Can Trust. Every Day.
   09/14/17        09:24:15

$
Bought
Towels
4 times

= $239.²⁴

15255



**Sam's CLUB**

CLUB MANAGER DENISE THOMAS
( 409 ) 842 - 5071
BEAUMONT, TX
09/09/17 15:29 0099 OP275 003       2752

DÅR

```
        12 @ 5.48
E   360520 POTATO SALAF         65.76 N
E   105892 BANANAS        I      1.04 N
E   105032 BANANAS        I      1.04 N
E   749594 ONIONS 5QLBY         17.09 N
E    13977 BACON 3 LB F         14.00 N
E   688524 MM FULL POR           8.97 E
    26329/ SIRGMS     200        36.47 E
E   153952 COLESLAW      I        1.98 N
E   753952 COLESLAW      I        1.98 N
E   153952 COLESLAW      I        1.98 N
        12 @ 12.98
F   900002159 FANCYHILLCHHF      155.76 N
         8 @ 6.90
E   206560 SOUR CREAM 5F         55.04 N
        12 @ 4.98
E    29556 HAMBURTBR 5F          59.76 N
E   649239 WHOLE MILK F           2.02 N
E   643239 WHOLE MILK F           2.02 N
E   099153 SEL BASKT CF         140.50 N
E   090153 SEL BASKT CF         139.42 N
E   319865 EYE RN CASEF         102.98 N
F   345724 LETTUCE 2CTF           1.96 N
E   070149 TOMATO        7        5.90 N
E    83945 AM SLICE 16F          10.40 N
E   405256 PORK         F        12.64 N
E   405256 PORK         F        10.47 N
E   405256 PORK         F        14.02 N
E   405256 PORK         F        14.91 N
E   405256 PORK         F        14.06 N
E   153952 COLESLAW      I        1.98 N
     70677 SPAGH 1000C          14.07 E
     69050 FORK               14.07 E
   624981 SANS DCNF U          17.40 E
   624301 SANS DSNF U          17.49 E
   660572 MM FULL LIO           8.14 E
   199002 WILLO BAREME          5.98 N
E   582968 MARSCHACUTYF         10.88 E
E    40479 SUGAR 25 LBF         12.90 N
E    40479 SUGAR 25 LBF         12.50 N
     161695 FOAM PLATES         12.90 E
   F 361387 9" FOAM PLT         11.86 E
E   930430 ONION RINGSF         17.70 N
E   939430 ONION RINGSF         17.70 N
E  900019760 FR K1CHP PKF        17.90 N
E    39006 GREEN HEANS1          3.60 N
E    39006 GREEN BEANS1          3.60 N
E    39006 GREEN BEANS1          3.60 N
E    39006 GREEN BEANS1          3.60 N
E    39006 GREEN BEANST         13.60 N
```



```
                           F    7.73 N
                                7.32 N
                                6.98 N
              NOODLE TRAY  F    12.94 E
       3113 JUMB SLICESF        16.74 N
   695117 500CTSHEETS           7.76 E
E  360954 MUSTARD         F     5.22 N
E  365642 FOLGERS         F     9.98 N
  900029192 MH TOWELS           17.46 T
   823403 CTAPLL TOWE           30.06 T
   029403 CTAPLL TOWE           30.09 T
   25792 WOODAN COMB            9.98 T
   121646 DANN GALLON           11.02 T
   334788 24PK BARTOP           12.80 T
   27944Y DURA AA39PK           19.90 T
   212717 LAUNDY TRAI           19.98 T
 I  199106 S0 BATHROOM          10.96 T
 0 INST SU    S0 BATHROOM       2.74-T
 V INST SU    FOAN PLATES       9.30-N
 V INST SU    8" FOAN PLT       9.30-N
                 SUBTOTAL    1,429.99

         TAX 1   0.250 %         19.37
                    TOTAL    1,442.76
VOIDED BANKCARD TRANSACTION
MasterCard    **** **** **** 7775   I I
AID A0000000041010
AAC 6DF7E0C720E06280
TERMINAL # SC018505
                DECLINED
       09/09/17        15:35:41
            ECA CHECK TEND    1,442.76
            CHANGE DUE           0.00
DISTRIBUTOR NUMBER:   00009767
```

→ $1,442.76

When you pay by check, you authorize us to use its information to process an Electronic Funds Transfer (EFT) or a draft drawn on your account, or to process the payment as a check. If payment is returned unpaid, you authorize collection of your payment and the Return Fee below by EFT(s) or draft(s) drawn on your account. Call 800-905-9388 with any questions.
RETURN FEE AMOUNT $2.40

Additional Savings This Trip:

Sam's Instant Savings:          $9.35

Visit samsclub.com to see your savings

# ITEMS SOLD 105

TC# 8299 6280 0567 7031 3345 66

Happy to Help

# GUESTCHECK™

| Date | Table | Guests | Server | 60093 |
|------|-------|--------|--------|-------|

APPT–SOUP/SAL–ENTREE–VEG/POT–DESSERT–BEV

Ammo

Receipts

6 Boy links

4 Boudin

4 Rice Dress

$1.00

Tax

Total

Monogram          G3G32-M/ORM     reorder #120383     Made in the USA

**Guest Receipt**

| Date | Amount | Guests | 60093 |
|------|--------|--------|-------|

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE | CUSTOMER NO. | PURCHASE ORDER NUMBER | | SALES LOC. | SALES REP. | DATE ORDERED |
|---|---|---|---|---|---|---|---|---|
| 34101170 | 4407926 | 09/11/17 | 04100749 | | | 3126 | 0790 | 09/10/17 |

Ship To:  Route: 1006 /

Remit To:

ORDER NUMBER: 976623

BAR-B-QUE DEPOT, INC.
PO BOX 999

VIDOR                     TX
77670-0999

MANAGER

BAR-B-QUE DEPOT
110 OLD HIGHWAY 90 E

VIDOR                     TX
77662-4916
409 769 855
DEPT # 00

US Foods, Inc.

BOX 840396

DALLAS                    TX
75284-0396
281 310 2000

From: 111 ALLIANT DRIVE          HOUSTON          TX    0911/17

Ship Special Instr

Page 01 of 02

Terms: NET 7 DAYS

| Qty Ordered | Qty Shipped | Sales Unit | Product Number | Description | Pack Size | Lbl | C D | Weight | Pricing Unit | Unit Price | Extended Price |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | **DRY** | | | | | | | |
| | 1 | CS | 0778654 | BAG, SHWH 6X.75X6.5 PAPR WHT | 1000 EA | MONORAH | T | | CS | 38.8800 | 38.88 |
| | | EA | 1328608 | DRESSING, CLSL TFF CRMY PLST | GA | MONACH | T | | EA | 13.7200 | 13.72 |
| | | CS | 1861770 | CONTAINER, FM 8X8 3 CMPT WHT | 100 EA | DART | T | | CS | 16.9700 | 33.98 |
| | | CS | 2005221 | CUP, FM 32 Z WHT | 10/25 EA | DART | T | | CS | 37.4600 | 37.46 |
| | | CS | 4002044 | LID, CUP 12-24 Z STRAW SLTD | 10/100 EA | DART | | | CS | 16.3900 | 16.39 |
| | | CS | 4004438 | SAUCE, BBQ SMOKY TX. RUST JUB | 1 GA | CATTLEMENS | | | CS | 51.1500 | 255.75 |
| | | CS | 5597851 | CHIP, TORTLA NACHO CHS TRDLE | 64/1.75 OZ | DORITOS | | | CS | 28.9400 | 28.94 |
| | | CS | 5601653 | CHIP, PTATO BBQ SS BAG | 64/1.5 OZ | LAYS | | | CS | 29.5100 | 29.51 |
| | | CS | 5601679 | CHIP, PTATO REG PLN SS BAG | 64/1.5 OZ | LAYS | | | CS | 28.9400 | 57.88 |
| | | CS | 6023360 | BEANS, BKD W/ BACN & BR SUGAR | 6/#10 CN | BUSH BEST | | | CS | 45.7200 | 45.72 |
| | | CS | 7005234 | LID, CUP 8-20 Z VTD PLST TWSL | 10/100 EA | DAK | | | CS | 23.2700 | 23.27 |
| | | CS | 7804578 | CONTAINER, FM 8X8.5 3 CMPT WH | 150 EA | VAU PLUS | T | | CS | 13.9300 | |
| | | CS | 7804594 | CONTAINER, FM 8X8.5 1 CMPT WH | 150 EA | VAL PLUS | T | | CS | 13.9300 | 41.79 |
| | | | | **REFRIGERATED** | | | | | | | |
| | 1 | CS | 1326438 | ONION, GRN TRIMD ICELS FRESH | 4/2 LB | CRES VALY | B | | CS | 19.1000 | 19.10 |
| | | | | READY TO EAT - Please Refer to Return Policy | | | | | | | |
| | 2 | CS | 1755487 | PORK, SPRB ST. LOUIS 3.25 LB | 3/≤0 LBA | PRRI FRSH | | 75.60 | LB | 2.6600 | 201.10 |
| | | | | CS: 0001     38.10 LBS | 27.50LBS | | | | | | |
| | 10 | CS | 2326700 | POTATO, RUSET ID. 40 CT 16.4 | 50 LB | PRRI FRSH | | | CS | 30.3500 | 303.50 |
| | 2 | CS | 3710241 | BEEF, BRSKT FULL CHD 120 PKWE | 12.5 UPA | 57 LBS | | 120.20 | LB | 2.3300 | 280.07 |
| | | | | CS: 0001     62.60 LBS     CS: 0002 | | PAYMENT | | | | | |
| | 1 | CS | 7660281 | BACON, PORK REAL END 1 PC .28 | 2/5 LB | | | | CS | 56.9100 | 56.91 |
| | | | | **FROZEN** | | | | | | | |
| | 1 | CS | 1038950 | DOUGH, CBLR BIT FZN | 24/1 LB | RICHS | | | CS | 54.1800 | 54.18 |
| | 1 | CS | 1327915 | POTATO, FF 3/8" CC TFF LINE | 6/5 LB | HRVEST VL | | | CS | 28.0300 | 84.09 |
| | 1 | CS | 2140625 | PORK, 18TH BUTT .12" TRIMD B | 4/2/7.8 LBA | PRRI FRSH | | 66.50 | LB | 1.2400 | 84.94 |
| | | | | CS: 0001     68.50 LBS | | OTRY PRDE | | | CS | 27.0900 | 27.09 |
| | 1 | CS | 5591458 | CHICKEN, TNDLN BRDD FRITR | 2/5 LB | ELIM SLCT | | | CS | 72.3700 | 144.74 |
| | 2 | CS | 6418727 | BEEF, PTY GRND CHUK STK CHO | 40/4 OZ | MONARCH | | | CS | 31.8100 | 31.81 |
| | 1 | CS | 8327611 | PEACH, DMSTC SLCD IQF FZN | 2/5 LB | D LEGEND | | | CS | 60.9000 | 60.90 |
| | 1 | CS | 9526492 | BEEF, BRDD FRITR STK CNTRY | 24/6 OZ | | | | CS | | |

| ACCOUNT NO. | INVOICE NO. | INVOICE DATE | CUSTOMER NO. | PURCHASE ORDER NUMBER | SALES LOC. | SALES REP. | DATE ORDERED |
|---|---|---|---|---|---|---|---|
| 34101170 | 4407926 | 09/11/17 | 04100749 | | 3126 | 0790 | 09/10/17 |

Route: 1006 / 4

ORDER NUMBER: 976623

| Ship To: | BAR-B-QUE DEPOT<br>110 OLD HIGHWAY 90 E<br><br>VIDOR                      TX<br>77662-4916<br>409 769 8555<br>DEPT # 00 | Remit To: | US Foods, Inc.<br><br>BOX 840396<br><br>DALLAS                    TX<br>75384-0396<br>281 310 2000 |
|---|---|---|---|

To: BAR-B-QUE DEPOT, INC.
PO BOX 999

VIDOR                      TX
77670-0999

Att:   MANAGER

T11 ALLIANT DRIVE          HOUSTON          TX  ShipD:   09/11/17          Page 02 of 02
NET 7 DAYS                                       Special
                                                 Instr:

| Qty<br>Shipped | Sales<br>Unit | Product<br>Number | Description | Pack Size | Label | C<br>D | Weight | Pricing<br>Unit | Unit<br>Price | Extended<br>Price |
|---|---|---|---|---|---|---|---|---|---|---|

** PRODUCT CLASS RECAP **

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TOTAL DRY | | PIECES ORDERED: | 22 | PIECES SHIPPED: | 20 | ITEMS SHIPPED: | 12 | | 623.29 |
| TOTAL REFRIGERATED | | PIECES ORDERED: | 16 | PIECES SHIPPED: | 16 | ITEMS SHIPPED: | 5 | | 860.68 |
| TOTAL FROZEN | | PIECES ORDERED: | 10 | PIECES SHIPPED: | 10 | ITEMS SHIPPED: | 7 | | 487.75 |

*** INVOICE SUMMARY ***
TOTAL WGT SHIPPED:   1276.20    PIECES ORDERED:   48    PIECES SHIPPED:   46    ITEMS SHIPPED:   24

PRODUCT TOTAL $          1971.72

TAXABLE AMOUNT   $      191.77
GEN SALES TAX            8.250%          15.82

This amount is an estimate at time of shipping prior to any adjustments made at delivery: $   1987.54

$1,987.54

# Bar-B-Que Depot, Inc.   Order & Inventory   Order Date: _____   By: _____

| Ben E. Keith Meats | | Item# | Ben E. Keith-Cont'd | | | Texas Coffee Co | | |
|---|---|---|---|---|---|---|---|---|
| Chicken Halves | 2 cases | | Grill Brick | | | Tea | | |
| Corndogs | 1 case | | Peaches | 1 bag | | Seasoning | | |
| Lg HB Patties | | | Cobbler Dough | 1/2 bag | | | | |
| CK Rings | 4 cases | | Gallon Jugs | | | | | |
| Brisket | 5 cases | | Chicken Fried Steak | 1 case | | Sam's Canned | | |
| Chicken Tenders | 1 case | | BBQ Sauce | | | Green Beans | | |
| **Ben E. Keith** | | | **Zummo's** | | | Jalapeno Peppers | 1 can | |
| 14 X 14 Sand Wrap | | | Boudin | 4 cases | | Pickle Slices | 1 bucket | |
| French Fry Bags | | | Links | | | Baked Beans | | |
| 24oz Drink Cups | | | Rice Dressing | 4 cases | | | | |
| 24oz Drink Lids | | 880055 | **Sam's Meats** | 3 boxes | | | | |
| 6oz Food Container | | | Pork Spare Ribs | | | **Sam's Produce** | | |
| Food Container Lids | 1 case | 870025 | Lg Pit Ham | 2 hams | | Lettuce | 2 heads | |
| Catering Spoons | | | CK Fajita | 1 case | | Tomato | 2 packets | |
| Catering Tongs | | | Pork | 1 case | | Banannas | 2 bundles | |
| 16oz Food Container | 1 case | | **Sam's Dairy** | | | Carrots | 1 bag | |
| Drink Holders | | | Cheese Sliced | | | | | |
| 1 Comp Togo 9x9 | 2 | | Cheese Fancy | 12 bags | | **Sam's Dry Goods** | | |
| 3 Comp Togo 9x9 | 2 | | Sour Cream | 4 | | Cream Gravy | 1 bag | |
| Poly Sandwich Bags | | | Butter | | | Pepper Packets | | |
| Sanitizer Tabs | | | Milk | 3 gal | | Salt Packets | | |
| Cabbage | 1 bag | | | | | Sweet-n-Low | | |
| Chives/Green Onions | 1 bag | | Potato Salad | 2 cases | | Sugar Packets | | |
| Bacon Bits | 1 case | | French Fry | 2 cases | | Lemon Packets | BEK | |
| Cole Slaw Dressing | 1 gal | | Onion Rings | 2 cases | | Vinager | | |
| Onions | 50 lb bag | | | | | Rice | | |
| Pepper Supeme | | | **Wal-Mart** | | | Sugar 50lb Bag | | |
| Potatos | | | Pudding | 1 box | | Nilla Wafer | | |
| BBQ/Doritos | | | | | | Ketchup Bulk | BK | |
| Plain Reg or Baked | | | **Sam's Sauces** | | | Ketchup Packets | | |
| Silver Scrubies | | | | | | Cooking Oil | 1/2 jug | |
| Drinks | | | Mayo gallon | 1 gal | | | | |
| Coke Box | | | Mustard gallon | | | Salt Box | | |
| Sprite Box | | | Ranch gallon | 1 | | Season all | | |
| Diet Coke Box | | | Starter | | | Garlic Powder | | |
| Lemonade Box | | | Italian Dressing | | | Tony's | | |
| Root Beer Box | | | Tabasco | | | Nutmeg | | |
| Dr Pepper | | | | | | Cinnmon | | |

**Bar-B-Que Depot, Inc.   Order & Inventory   Order Date:** _____   **by.**

| Sam's Paper Goods | | | Sam's Chemicals | | | | | |
|---|---|---|---|---|---|---|---|---|
| Zip-lock Bags gallon | | | Bleach | | | | | |
| Guest Checks | | | Dawn Dish | | | | | |
| Togo Bags | | | Laundry Soap | | | | | |
| 3 Comp Plates | | | Bathroom Cleaner | | | | | |
| 1 Comp Plates | | | Scrubles | | | | | |
| 32oz Drink Cups | | | Mop Handle | | | | | |
| 32oz Drink Lids | | | Mop Head | | | | | |
| 2oz Portion Cups | | | Broom | | | Fill CO2 Bottles at COSTAL WELDING | | |
| 2oz Portion Lids | | | Simple Green | | | | | |
| Plastic Forks | 1 Box | | Tolite Paper | | | | | |
| Plastic Spoons | 1 Box | | Gloves | | | | | |
| Cutlery Kits | | | Hand Soap | | | | | |
| Napkins | | | Degreaser | | | | | |
| Paper Towels | | | | | | NOTES: | | |
| Tooth Picks | | | Sam's Catering Supplies | | | Kommercial Kitchens | | |
| Saran Wrap | | | Disp Full Pans | 1 pack | | Fryer Filters | | |
| Straws | | | Disp Half Pans | 1 pack | | | | |
| Foil Sheets | | | Disp Full Lids | 1 pack | | | | |
| Garbage Bags | | | Disp Half Lids | 1 pack | | | | |
| Hoagie | | | Chafing Dish pkg | | | | | |
| Wax Papers | | | Sterno Fuel | | | | | |
| Sm BLK Tongs | | | Office Supplies | | | | | |
| Center Pull Towels | | | Bandaids | | | | | |
| | | | Antibotic Ointment | | | | | |
| Drinks-Catering | | | Pens | | | | | |
| Coke Cans | | | Menus | FEDEX | | | | |
| Dr. Pepper Cans | | | Lighters | | | | | |
| Sprite Cans | | | Hair Nets | | | | | |
| Root Beer Cans | | | Batteries "D" or "C" | | | Total items this page | | |
| Water 16oz | | | Cash Reg Paper 2 1/4" | | | | | |
| Diet Coke Cans | | | CC Paper | | | Total items ordered | | |
| | | | Copy Paper | | | | | |
| | | | Envelopes | | | | | |

BEN E. KEITH CO.

ORIGINAL INVOI

MARKON.

**CUSTOMER**

[illegible]

| CUSTOMER PHONE | TERMS |
|---|---|
| [illegible] | [illegible] |

**SPECIAL INSTRUCTIONS**

**SALES REPRESENTATIVE**

| INVOICE NO. | PAGE | RU |
|---|---|---|
| [illegible] | [illegible] | [illegible] |

| CUSTOMER NO. | MO. | DAY | Y |
|---|---|---|---|
| [illegible] | [illegible] | [illegible] | [illegible] |

TAX ID: # [illegible]

| P.O. NUMBER | ROUTE/STO |
|---|---|
| | 21[illegible] |

| LINE | LOCATION | CASES | PKGS | ITEM NO. | BRAND | MFG CODE | PACK/SIZE | DESCRIPTION | UNIT PRICE | AMOUNT | RETURN CODE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | [illegible] | | | | | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | [illegible] | | | | | [illegible] | SUB TOTAL FOR [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | [illegible] | [illegible] | | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | [illegible] | |
| [illegible] | | | | | | | [illegible] | SUB TOTAL FOR [illegible] | [illegible] | [illegible] | |

[illegible] BEN E. KEITH HAS BEEN SELLING [illegible] BEN E. KEITH HAS ALL YOUR [illegible] OVER [illegible] EQUIPMENT [illegible] QUALITY [illegible] SALES REP TODAY! [illegible]

| TOTAL QTY. THIS PAGE | |
|---|---|
| TOTAL QTY. INVOICE | |

RECEIVED BY: PLEASE SIGN FULL NAME BELOW

PLEASE CHECK THIS INVOICE CAREFULLY. BEN E. KEITH FOODS WILL NOT BE RESPONSIBLE FOR ANY SHORTAGES AFTER YOU SIGN.

| CASH/CK# | TAX | ADJUSTMENT |
|---|---|---|
| | | |
| | [illegible] | |

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities and any receivables or proceeds from the sale of these commodities until full payment is received.

The Customer is responsible for the safety of this product by keeping the product in the required temperature zone (below 40° for refrigerated items and below 28° for frozen items) from receipt to storage and ultimate consumption. The customer is also responsible for transporting the food item in a safe manner that would prevent the food product from cross-contamination. By signing this, you acknowledge that you are responsible for the cold chain protection of the food product or products on this invoice as described above.

DELIVERY TIME [illegible]

DRIVER'S NUMBER [illegible] DRIVER'S SIGNATURE [illegible]

## <u>Bar B Que Depot Inc. Business Income Lost</u>



Bar-B-Que Depot, Inc.

| | | | |
|---|---|---|---|
| Sales 2016 | $414,288.83 | | |
| Sales 2017 | $382,501.34 | Sales 2018 estimate | $418,074.00 |
| | | | |
| Difference | 31787.49 | | |

| | 2016 | 2017 | 2018 |
|---|---|---|---|
| 29-Aug | $1,201.26 | Closed | $1,385.26 |
| 30-Aug | $1,064.41 | Closed | $1,307.30 |
| 31-Aug | $1,274.30 | Closed | $1,462.28 |
| 1-Sep | $1,206.99 | Closed | $1,301.83 |
| 2-Sep | $1,359.69 | Closed | Closed |
| 3-Sep | $2,213.64 | Closed | Closed |
| 4-Sep | Closed | Closed | $1,280.33 |
| 5-Sep | Closed | Closed | $1,192.42 |
| 6-Sep | $1,275.43 | Closed | $1,124.94 |
| 7-Sep | $1,068.37 | Closed | $1,688.01 |
| 8-Sep | $1,306.05 | Closed | $1,122.17 |
| 9-Sep | $1,438.36 | Closed | Closed |
| 10-Sep | $1,204.23 | Closed | $1,294.28 |
| 11-Sep | Closed | Closed | $1,110.81 |
| | | | |
| Total | $14,612.73 | 0 | $14,269.63 |
| | | | |
| Average/Day | $1,328.43 | | $1,297.24 |

The other $13-14,000 loss is leading up to Harvey we had a few other hurricane scares and
people went out and bought supplies which drew money out of economy. Also some may be
when super hot during summer it will slow our business.

# Form 1120

**U.S. Corporation Income Tax Return**

Department of the Treasury
Internal Revenue Service

For calendar year 2017 or tax year beginning _____, 2017, ending _____, 20 _____

▶ Go to www.irs.gov/Form1120 for instructions and the latest information.

OMB No. 1545-0123

**2017**

**A** Check if:
1a Consolidated return (attach Form 851) ☐
1b Life/nonlife consolidated return . ☐
2 Personal holding co. (attach Sch. PH) ☐
3 Personal service corp. (see instructions) ☐
4 Schedule M-3 attached ☐

TYPE OR PRINT

**Name**
BAR-B-QUE DEPOT INC

Number, street, and room or suite no. If a P.O. box, see instructions.
110 OLD HIGHWAY 90 E

City or town, state, or province, country, and ZIP or foreign postal code
VIDOR                                      TX 77662

**B** Employer identification number
[redacted]

**C** Date incorporated
01/01/1997

**D** Total assets (see instructions)
$ 19,973

**E** Check if: (1) ☐ Initial return  (2) ☐ Final return  (3) ☐ Name change  (4) ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales . . . . . . . . . . | 1a | 382,501 |
| b | Returns and allowances . . . . . . . . . . | 1b | |
| c | Balance. Subtract line 1b from line 1a . . . . . . . . . . | 1c | 382,501 |
| 2 | Cost of goods sold (attach Form 1125-A) . . . . . . . . . . | 2 | 171,684 |
| 3 | Gross profit. Subtract line 2 from line 1c . . . . . . . . . . | 3 | 210,817 |
| 4 | Dividends (Schedule C, line 19) . . . . . . . . . . | 4 | |
| 5 | Interest . . . . . . . . . . | 5 | |
| 6 | Gross rents . . . . . . . . . . | 6 | |
| 7 | Gross royalties . . . . . . . . . . | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) . . . . . . . . . . | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) . . . . | 9 | |
| 10 | Other income (see instructions—attach statement) . . . . . . . . . . | 10 | |
| 11 | Total income. Add lines 3 through 10 . . . . . . . . . . ▶ | 11 | 210,817 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) . . . . . . . | 12 | 26,500 |
| 13 | Salaries and wages (less employment credits) . . . . . . . . . . | 13 | 77,429 |
| 14 | Repairs and maintenance . . . . . . . . . . | 14 | 11,487 |
| 15 | Bad debts . . . . . . . . . . | 15 | |
| 16 | Rents . . . . . . . . . . | 16 | 13,225 |
| 17 | Taxes and licenses . . . . . . . . . . | 17 | 9,395 |
| 18 | Interest . . . . . . . . . . | 18 | 2,519 |
| 19 | Charitable contributions . . . . . . . . . . | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) . . | 20 | 1,962 |
| 21 | Depletion . . . . . . . . . . | 21 | |
| 22 | Advertising . . . . . . . . . . | 22 | |
| 23 | Pension, profit-sharing, etc., plans . . . . . . . . . . | 23 | |
| 24 | Employee benefit programs . . . . . . . . . . | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) . . . . . . | 25 | |
| 26 | Other deductions (attach statement) Other Deductions Statement . . . . | 26 | 63,154 |
| 27 | Total deductions. Add lines 12 through 26 . . . . . . . . . . ▶ | 27 | 205,671 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | 5,146 |
| 29a | Net operating loss deduction (see instructions) . . . | 29a | 5,146 |
| b | Special deductions (Schedule C, line 20) . . . . | 29b | |
| c | Add lines 29a and 29b . . . . . . . . . . | 29c | 5,146 |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions . . . . . . . | 30 | 0 |
| 31 | Total tax (Schedule J, Part I, line 11) . . . . . . . . . . | 31 | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) . . . . . . | 32 | 0 |
| 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached . . . . . ▶ ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed . . | 34 | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid . | 35 | 0 |
| 36 | Enter amount from line 35 you want: Credited to 2018 estimated tax ▶        Refunded ▶ | 36 | |

**Sign Here**

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

COPY

Signature of officer            Date

Title: OFFICER

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

**Paid Preparer Use Only**

| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
|---|---|---|---|---|
| Suzanne Davis, CPA | Suzanne Davis | 10-9-2018 | | [redacted] |

Firm's name ▶ LAUREN G BROOKS & ASSOCIATES PC

Firm's address ▶ 390 PARK ST STE 900 BEAUMONT TX 77701

Firm's EIN ▶ [redacted]

Phone no. (          )

For Paperwork Reduction Act Notice, see separate instructions.

BAA                                    REV 01/23/18 PRO

Form **1120** (2017)

# Form 1120

Department of the Treasury
Internal Revenue Service

## U.S. Corporation Income Tax Return

For calendar year 2016 or tax year beginning _____, 2016, ending _____, 20 _____

► Information about Form 1120 and its separate instructions is at www.irs.gov/form1120.

OMB No. 1545-0123

**2016**

| A Check if: | | |
|---|---|---|
| 1a Consolidated return (attach Form 851) | ☐ | TYPE OR PRINT |
| b Life/nonlife consolidated return | ☐ | |
| 2 Personal holding co. (attach Sch. PH) | ☐ | |
| 3 Personal service corp. (see instructions) | ☐ | |
| 4 Schedule M-3 attached | ☐ | |

Name **BAR-B-QUE DEPOT INC**

Number, street, and room or suite no. If a P.O. box, see instructions. **110 OLD HIGHWAY 90 E**

City or town, state, or province, country, and ZIP or foreign postal code **VIDOR         TX 77662**

B Employer identification number _____

C Date incorporated **01/01/1997**

D Total assets (see instructions) $ **33,606**

E Check if: (1) ☐ Initial return   (2) ☐ Final return   (3) ☐ Name change   (4) ☐ Address change

## Income

| | | | |
|---|---|---|---|
| 1a | Gross receipts or sales | 1a | 414,289 |
| b | Returns and allowances | 1b | |
| c | Balance. Subtract line 1b from line 1a | 1c | 414,289 |
| 2 | Cost of goods sold (attach Form 1125-A) | 2 | 191,060 |
| 3 | Gross profit. Subtract line 2 from line 1c | 3 | 223,229 |
| 4 | Dividends (Schedule C, line 19) | 4 | |
| 5 | Interest | 5 | |
| 6 | Gross rents | 6 | |
| 7 | Gross royalties | 7 | |
| 8 | Capital gain net income (attach Schedule D (Form 1120)) | 8 | |
| 9 | Net gain or (loss) from Form 4797, Part II, line 17 (attach Form 4797) | 9 | |
| 10 | Other income (see instructions—attach statement) | 10 | |
| 11 | **Total income.** Add lines 3 through 10 ► | 11 | 223,229 |

## Deductions (See instructions for limitations on deductions.)

| | | | |
|---|---|---|---|
| 12 | Compensation of officers (see instructions—attach Form 1125-E) | 12 | 36,000 |
| 13 | Salaries and wages (less employment credits) | 13 | 80,107 |
| 14 | Repairs and maintenance | 14 | 9,938 |
| 15 | Bad debts | 15 | |
| 16 | Rents | 16 | 12,292 |
| 17 | Taxes and licenses | 17 | 9,555 |
| 18 | Interest | 18 | 2,521 |
| 19 | Charitable contributions | 19 | |
| 20 | Depreciation from Form 4562 not claimed on Form 1125-A or elsewhere on return (attach Form 4562) | 20 | 1,152 |
| 21 | Depletion | 21 | |
| 22 | Advertising | 22 | |
| 23 | Pension, profit-sharing, etc., plans | 23 | |
| 24 | Employee benefit programs | 24 | |
| 25 | Domestic production activities deduction (attach Form 8903) | 25 | |
| 26 | Other deductions (attach statement) Other Deductions Statement | 26 | 68,829 |
| 27 | **Total deductions.** Add lines 12 through 26 ► | 27 | 220,394 |
| 28 | Taxable income before net operating loss deduction and special deductions. Subtract line 27 from line 11. | 28 | 2,835 |
| 29a | Net operating loss deduction (see instructions) | 29a | 2,835 |
| b | Special deductions (Schedule C, line 20) | 29b | |
| c | Add lines 29a and 29b | 29c | 2,835 |

## Tax, Refundable Credits, and Payments

| | | | |
|---|---|---|---|
| 30 | Taxable income. Subtract line 29c from line 28. See instructions | 30 | 0 |
| 31 | Total tax (Schedule J, Part I, line 11) | 31 | |
| 32 | Total payments and refundable credits (Schedule J, Part II, line 21) | 32 | 0 |
| 33 | Estimated tax penalty. See instructions. Check if Form 2220 is attached ► ☐ | 33 | |
| 34 | Amount owed. If line 32 is smaller than the total of lines 31 and 33, enter amount owed | 34 | |
| 35 | Overpayment. If line 32 is larger than the total of lines 31 and 33, enter amount overpaid | 35 | 0 |
| 36 | Enter amount from line 35 you want: Credited to 2017 estimated tax ►  Refunded ► | 36 | |

## Sign Here

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge.

COPY

Signature of officer          Date

_____ OFFICER
Title

May the IRS discuss this return with the preparer shown below? See instructions. ☒ Yes ☐ No

## Paid Preparer Use Only

| | | | | |
|---|---|---|---|---|
| Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN |
| Suzanne Davis, CPA | Suzanne Davis | 9/25/2017 | | |

Firm's name ► **LAUREN G BROOKS & ASSOCIATES PC**       Firm's EIN ► _____

Firm's address ► **390 PARK ST STE 900 BEAUMONT TX 77701**       Phone no. (40___) ___

For Paperwork Reduction Act Notice, see separate instructions.          Form **1120** (2016)

BAA          REV 04/04/17 PRO

## Daily Sales  8/2016

| Date | 8/13 | 8/15 CLOSED | 8/16 | |
|---|---|---|---|---|
| Non Tax | | | | |
| Taxable | | | | |
| GR Sales | 1160.79 | 1297.47 | 1154.28 | |
| Charges | 629.84 | 808.90 | 586.19 | |
| Total w/o Charge | 530.95 | 488.57 | 568.09 | |
| Pay Outs | 173.56 | 225.— | 50.16 | |
| Sales Tax | 95.79 | 107.11 | 95.26 | |
| DEP AMT | 357.39 | 263.59 | 517.93 | |
| Tickets | 80 | 100. | 90 | |
| | FOOD-56.— Repairs 688 110.68 | Atilites 225.— | FOOD 50.16 | |

STM
NON TAX
#1725.00
Deposited
8/14

GR Sales ___ 3612.54

Tax ___ 298.16

Deposit ___ 1138.89

Savings  -300.—

838.89  DEP 8/17/16

# Daily Sales      —D/2014

| Date | 8/17 | 8/18 | | |
|---|---|---|---|---|
| Non Tax | | | | |
| Taxable | | | | |
| GR Sales | 1125.83 | 1646.35 | | |
| Charges | 566.74 | 1059.84 | | |
| Total w/o Charge | 559.09 | 586.51 | | |
| Pay Outs | 150.— | 91.50 | | |
| Sales Tax | 92.94 | 135.86 | | |
| DEP AMT | 409.09 | 495.01 | | |
| Tickets | 91 | 107 | | |
| | littles 50.— | Auto 30.50 41.— | | |

GR Sales   2772.18

Tax   228.80

Deposit   904.10

savings   200.—

704.10 ↑ Dep 8/9/16

## Daily Sales    8/2016

| Date | 8/19 | — | | |
|---|---|---|---|---|
| Non Tax | 975.00 | | | |
| Taxable | 1483.50 | | | |
| GR Sales | 2458.50 | | | |
| Charges | 777.14 | | | |
| Total w/o Charge | 1681.36 | | | |
| Pay Outs | 55.24 | | | |
| Sales Tax | 122.47 | | | |
| DEP AMT | 1626.12 | | | |
| Tickets | 114 | | | |

FOOD
55.24

8/19
gt E-
PBJ

GR Sales ___ 2458.50

Tax ___ 122.47

Deposit ___ 1626.12

Daily Sales

| Date | 8/20 | 8/21 | 8/22 | 8/23 |
|---|---|---|---|---|
| Non Tax | | C | | |
| Taxable | | L | | |
| GR Sales | 1436.57 | O | 1604.81 | 1205.54 |
| Charges | 1081.33 | S | 1154.45 | 556.54 |
| Total w/o Charge | 355.24 | | 450.36 | |
| Pay Outs | 218.86 | E | — | |
| Sales Tax | 118.52✓ | D | 132.42✓ | 99.55 |
| DEP AMT | 136.38 | | 450.36 | |
| Tickets | 88 | | 83 | 95 |

Food 160.—
Utilities 15.—
Auto — 43.86

GR Sales    3041.38

Tax    250.94

Deposit    586.74

↑ Dep
8/23/16

Daily Sales

| Date | 8/23 | 8/24 | 8/25 |
|---|---|---|---|
| Non Tax | | | |
| Taxable | | | |
| GR Sales | 1205.84 | 1050.21 | 1328.80 |
| Charges | 586.54 | 665.87 | 673.10 |
| Total w/o Charge | 619.30 | 384.34 | 655.70 |
| Pay Outs | 50.34 | 100.— | 272.42 |
| Sales Tax | 98.88 | 86.71 | 109.65 |
| DEP AMT | 568.96 | 284.34 | 383.28 |
| Tickets | 90 | 90 | 96 |
| | FOOD-50.34 | Office 100.— | Repairs 272.42 |

GR Sales _____ 3584.85

Tax _____ 295.24

Deposit _____ 1236.58

            −300.—

            936.58 ← DEP 8/26

| Date | 8/26 | 8/27 | 8/28 |
|---|---|---|---|
| Non Tax | | | C |
| Taxable | | | L |
| GR Sales | 1471.25 | 1718.03 | O |
| Charges | 896.16 | 948.81 | O |
| Total w/o Charge | 575.09 | 769.22 | S |
| Pay Outs | 189.99 | 249.11 | E |
| Sales Tax | 121.42 | 141.12 | D |
| DEP AMT 385.10 | 600.00 | 520.11 | |
| Tickets | 121 | 112 | |

FOOD - 74.99   woods 75.—
Latters Co. -   OFFIE 140.40
Office 55.   Auto 32.46

GR Sales ___ 3189.28

Tax ___ 262.54

Deposit ___ ~~1000.00~~ 905.21

SAVINGS - 200.—
~~705.21~~   ↑ Dep 8/30/16

8/21

| | 8/29 | 8/30 | 8/31 | |
|---|---|---|---|---|
| Date | | | | |
| Non Tax | | | | |
| Taxable | | | | |
| GR Sales | 1201.26 | 1064.41 | 1274.30 | |
| Charges | 780.53 | 682.14 | 739.77 | |
| Total w/o Charge | 420.73 | 382.27 | 534.53 | |
| Pay Outs | 150.— | 55.24 | 40.— | |
| Sales Tax | 99.16 | 87.89 | 105.13 | |
| DEP AMT | 270.73 | 327.03 | 494.53 | |
| Tickets | 93 | 96 | 91 | |
| | Utiles 150.— | Food 55.24 | Utilites 40.— | |

GR Sales    3539.97

Tax    292.18

Deposit    1092.29
              − 300.—
              792.29

## Daily Sales    9/2016

| Date | 9/1 | 9/2 | |
|---|---|---|---|
| Non Tax | | 75.— | |
| Taxable | | 1284.69 | |
| GR Sales | 1206.99 | 1359.69 | |
| Charges | | | |
| Total w/o Charge | | 1451. | |
| Pay Outs | 126.— | 329.16 | |
| Sales Tax | 99.60 | 106.03 | |
| DEP AMT | 320.71 | 428.56 | |
| Tickets | 92 | 105 | |
| | Auto 26.— | Smallwares | |
| | 47.— | Auto 240.— | |
| | 53.— | 31.75 Food | |
| | | 49.— 4841 | |

9/2
Custom
Crok

GR Sales ___ 2566.68

Tax ___ 205.63

Deposit ___ 749.27

↑ Dep 9/3/16

Daily Sales _____ 1/20/16

| Date | 9/3 | 9/4 | 9/5 |
|------|-----|-----|-----|
| Non Tax | | C | |
| Taxable | | C | |
| GR Sales | 2213.64 | Z | C |
| Charges | | | |
| Total w/o Charge | | C | |
| Pay Outs | 230.— | C | |
| Sales Tax | 182.71 | D | |
| DEP AMT | 612.74 | | |
| Tickets | 120 | | |

FooD 11.66   utilities 75.—

Auto—55.25   office-88.09

GR Sales _____ 2213.64

Tax _____ 182.71

Deposit _____ 612.74

Dep 9/6/16

## Daily Sales — 9/2016

| Date | 9/6 | 9/7 | 9/5 | |
|---|---|---|---|---|
| Non Tax | | | | |
| Taxable | | | | |
| GR Sales | 1275.43 | 1065.37 | 1306.05 | |
| Charges | | | | |
| Total w/c Charge | | | | |
| Pay Outs | 136.13 | 108.55 | — | |
| Sales Tax | 105.21 | 88.22 | 107.8 | |
| DEP AMT | 460.05 | 393.92 | 555.05 | |
| Tickets | 104 | 81 | 86 | |

FOOD - 45.13
Auto - 32. -
59. -

Utilities 60.-
FOOD 48.58

GR Sales    3649.85

Tax    301.24

Deposit    1409.02

A DEP 9/9/16

## Daily Sales _9/2016_

| Date | 9/9 | 9/10 | 9/11 |
|---|---|---|---|
| Non Tax | | | C |
| Taxable | | | |
| GR Sales | 1438.36 | 1204.23 | C |
| Charges | | | |
| Total w/c Charge | | | |
| Pay Outs | (25.91) | 555.54 | 211.— |
| Sales Tax | 118.68 | 99.37 | |
| DEP AMT | 493.53 | 460.96 | |
| Tickets | 111 | 79 | |
| | FOOD -33.57 95.— | utilities 60.— 150.— | |

GR Sales _2642.59_

Tax _218.05_

Deposit _954.49_

Dep 9/12/16

## Daily Sales   9/2016

| Date | 9/12 | 9/13 | 9/14 | |
|---|---|---|---|---|
| Non Tax | | | | |
| Taxable | | | | |
| GR Sales | 1105.52 | 940.11 | 1165.72 | |
| Charges | 441.15 | 641.39 | 747.01 | |
| Total w/o Charge | | | | |
| Pay Outs | 63.50 | 81.54 | | |
| Sales Tax | 91.26 | 77.29 | 96.22 | |
| DEP AMT | 600.81 | 217.18 | 281.10 | |
| Tickets | 93 | 78 | 86 | |

Contract
LABOR 23.50    Contract            Utilit?
40.          Labor            40.—
358.10   Auto -37.—
FOOD 43.44

GR Sales    3211.35

Tax    264.77

Deposit    1099.15

9/15/16

FILED: 8/22/2019 4:49 PM
Vickie Edgerly, District Clerk
Orange County, Texas
Reviewed By: Justin Rhodes

NO. A190325-C

| | | |
|---|---|---|
| BAR-B-QUE DEPO, INC. | § | IN THE DISTRICT COURT OF |
| | § | |
| VS. | § | |
| | § | |
| MESA UNDERWRITERS SPECIALTY | § | |
| INSURANCE COMPANY, RISK | § | ORANGE COUNTY, TEXAS |
| PLACEMENT SERVICES, INC., | § | |
| TRI-STAR CLAIMS, LLC, TEAM ONE | § | |
| ADJUSTING SERVICES, LLC, | § | |
| TREY ROBERTS, NATIONAL LOSS | § | |
| CONSULTANTS, JOHN KRUEGER | § | 128th   JUDICIAL DISTRICT |
| and KENNETH YASH | § | |

## PLAINTIFF'S JURY DEMAND

Plaintiff respectfully requests a jury trial.

Respectfully submitted,

**LINDSAY, LINDSAY & PARSONS**

John Pat Parsons
State Bar License No. 24065876
710 N. 11th Street
Beaumont, Texas 77702
409/833-1196
409/832-7040 (Fax)
jparsons@llptx.com

**ATTORNEY FOR PLAINTIFF,
BAR-B-QUE DEPOT, INC.**

1

CERTIFIED MAIL

CERTIFIED MAIL

stamps.com

★ 1-UP Laser Form ★
★USA DMF - 15/04/19★



$8.95
US POSTAGE
FIRST-CLASS
FROM 77707
08/26/2019
stamps
endicia

9414 7118 9956 1564 5338 14

Mesa Underwriters Specialty Ins Co
C/O Corporation Service Company
2338 W Royal Palm Rd Ste J
Phoenix AZ 85021-9339