| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

BAR-B-QUE DEPOT, INC., §
§
      Plaintiff, §
§
versus §   CIVIL ACTION NO. 1:19-CV-625
§
MESA UNDERWRITERS SPECIALTY §
INSURANCE COMPANY, §
and RISK PLACEMENT SERVICES, INC., §
§
      Defendants. §

## MEMORANDUM ORDER ADOPTING REPORT AND RECOMMENDATION

The court referred this matter to United States Magistrate Judge Keith F. Giblin for consideration and recommended disposition of case-dispositive motions. The magistrate judge issued a report and recommendation on the plaintiff's motion to remand. Judge Giblin recommended that the Court deny the motion to remand.

No party has objected to the magistrate judge's recommendation. After review, the Court finds that Judge Giblin's findings and recommendations should be accepted.

The Court ORDERS that the report and recommendation (#14) is ADOPTED. The Court further ORDERS that the plaintiff's motion to remand (#7) is DENIED.

 SIGNED at Beaumont, Texas, this 14th day of September, 2020.

                                              MARCIA A. CRONE
                                      UNITED STATES DISTRICT JUDGE